STATE OF NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.2861     AND FILED ON     4/10/2007

| CAROLE NEWMARK | Plaintiff(s)/Petitioner(s) |
|---|---|
| Vs. | |
| LAWRENCE HOSPITAL CENTER, ET AL | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK              )
                                ) SS
COUNTY OF WESTCHESTER           )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On  4/16/2007  at  4:00PM , deponent did serve the within process as follows:

Process Served:  SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

Party Served:   LAWRENCE HOSPITAL CENTER              (herein called recipient) therein named.

At Location:    55 PALMER AVENUE, 6TH FLOOR
                BRONXVILLE NY

By delivering to and leaving with  RITA DIPIPPO  and that deponent knew the person so served to be the  ASSISTANT TO PRESIDENT  of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex FM     Color of Skin WH     Color of Hair GRAY
Age 55/60  Height 5'5"
Weight 145 Other Features

Sworn to before me on  4/18/2007

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#:

STATE OF  NEW YORK  UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV.2861       AND FILED ON       4/10/2007

| CAROLE NEWMARK | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| LAWRENCE HOSPITAL CENTER, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK                )
                                  ) SS
COUNTY OF WESTCHESTER             )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 4/16/2007 at 4:00PM, deponent did serve the within process as follows:

Process Served: SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: CATHY MAGONE, DIRECTOR OF CASE MANAGEMENT          (herein called recipient) therein named.
At Location: LAWRENCE HOSPITAL
             55 PALMER AVENUE
             BRONXVILLE NY 10708

By delivering to and leaving with RITA DIPIPPO, ASSISTANT TO PRESIDENT a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On 4/18/07, deponent completed service by depositing a copy of the
SUMMONS, COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | GRAY |
|---|---|---|---|---|---|
| Age | 55/60 | Height | 5'5" | Weight | 145 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed she was not.

Sworn to before me on the 4/18/2007

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2010

John Axelrod
Server's License#: