UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x

CAROLE NEWMARK,

                            Plaintiffs,          07-CIV-2861 (SCR)

    -against-                             **DISCLOSURE STATEMENT PURSUANT TO RULE 7.1**

LAWRENCE HOSPITAL CENTER,
PAT ORSAIA, individually, AND CATHY
MAGONE, individually

                            Defendants.
_____x

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that defendant Lawrence Hospital Center is not a publicly traded company, nor does it have any corporate parents, subsidiaries, shareholders, or affiliates which are publicly held.

Dated: New York, New York
       May 4, 2007

                                              COLLAZO CARLING & MISH LLP

                                  By: _____
                                          John P. Keil (JK 2794)
                                          Attorneys for Defendants
                                            Lawrence Hospital Center and
                                            Catherine Magone
                                          Office and P.O. Address
                                          747 Third Avenue
                                          New York, New York 10017
                                          (212) 758-7600