UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

CAROLE NEWMARK,

                       Plaintiff,                        07 Civ 2861 (SCR)

     -against-

LAWRENCE HOSPITAL CENTER,                 **PLAINTIFF'S NOTICE OF**
PAT ORSAIA, individually, and CATHY        **APPEARANCE OF COUNSEL**
MAGONE, individually,

                       Defendants.

------------------------------------------------------X

TO THE CLERK OF THE COURT:

      Please enter the appearance of Drita Nicaj, Esq. of the law firm of Lovett & Gould, LLP on behalf of the Plaintiff Carole Newmark in this action. This is for notice only. Do not remove Jonathan Lovett, Esq. as lead attorney.

                                     Drita Nicaj (DN 0966)
                                     Lovett & Gould, LLP
                                     222 Bloomingdale Road
                                  White Plains, New York 10605
                                        (914) 428-8401
                                     FAX: (914)) 428-8916
                               E-mail: dnicaj@lovett-gould.com

                                     Respectfully submitted,

                                     LOVETT & GOULD, LLP
                                     222 Bloomingdale Road, Suite 304
                                     White Plains, New York 10605
                                     (914) 428-8401

                              By: _____
                                   Drita Nicaj (DN 0966)

Dated: August 22, 2007
         White Plains, New York 10605