UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CAROLE NEWMARK,

                    Plaintiff(s),

       -against-

LAWRENCE HOSPITAL CENTER,
PAT ORSAIA, CATHY MAGONE,

                    Defendant(s).
-----------------------------------------------------------X

**SCHEDULING ORDER**

07 Cv. 2861 (CLB) (GAY)

Brieant, J.

    The above entitled case having been reassigned, a status conference of counsel be held in Courtroom 218, U.S. Courthouse, 300 Quarropas Street, White Plains, New York on October 2, 2007 at 9:15 A.M.

SO ORDERED.

Dated: White Plains, New York
       October 19, 2007

                                                  _____
                                                  Charles L. Brieant, U.S.D.J.