# EXHIBIT 1
# continued

Carole Newmark

Page 55

```
 1                   C. Newmark
 2 General talk; some shop, some weather, some
 3 food.
 4      Q.   Did you have a good working
 5 relationship with Ms. Del Bene?
 6      A.   I thought so.
 7      Q.   Did you have a good working
 8 relationship with Nicole Serra?
 9      A.   Absolutely.
10      Q.   Did you have a good working
11 relationship with the caseworkers?
12      A.   Not all of them.
13      Q.   Which ones did you not have a good
14 working relationship with?
15      A.   In particular, Collette Gelardi
16 G-E-L-A-R-D-I, I believe.
17      Q.   Anyone else?
18      A.   That I didn't have a good working
19 relationship with?
20      Q.   That's correct.
21      A.   Not that I'm aware of.
22      Q.   When was the last time before today
23 that you had contact with Denise Galloway?
24      A.   When was the last time?
25      Q.   Yes.
```

**Carole Newmark**

Page 63

1              C. Newmark

2      Q.   Is Defendants' Exhibit D the e-mail

3  correspondence with Katherine Andersen that

4  you were referring to?

5      A.   Yes, it is.

6      Q.   In the middle of the page in the

7  part that you drafted, the second line down

8  contains the words, "I have to find my place,

9  and that is in mental health."

10          Do you remember writing that?

11     A.   Oh, yes.

12     Q.   What did you mean by that?

13     A.   Well, I meant that I came from a

14 mental health -- I originally started at

15 Lawrence Hospital in hospital social work and

16 found my way into mental health, which was

17 really what I love to do, and that since this

18 didn't work out, I would go back to doing

19 psychotherapy.

20     Q.   And the next line, you said, "I am

21 looking to start up a private practice since

22 my forte is psychotherapy."

23          Do you remember writing that?

24     A.   Yeah, sure.

25     Q.   Did you know that your forte was

Carole Newmark

Page 64

1                     C. Newmark

2  psychotherapy before you started at Lawrence

3  Hospital?

4        A.    Absolutely.

5        Q.    Did you anticipate your job at

6  Lawrence Hospital involving psychotherapy?

7        A.    Absolutely.

8        Q.    Did it?

9        A.    Not to the degree that I was

10 promised it would be.

11       Q.    How did it fall short of your

12 expectations?

13       A.    When I was interviewed, Cathy

14 Magone assured me that although I didn't have

15 the case management model expertise at this

16 point, I would be able to use my mental

17 health experience and my behavioral health

18 experience to a very large degree at Lawrence

19 Hospital.

20            And the reason that she said that

21 was that I would be able to use it in the

22 palliative care center and I would be able to

23 use it working with patients and families who

24 have issues, who have issues of death and

25 dying, issues of finance, any human-related

**Carole Newmark**

Page 65

```
 1                 C. Newmark
 2 issues.
 3           And she assured me, and I quote
 4 her, that I will be able to use my behavioral
 5 health background and basically I could write
 6 my own ticket at Lawrence Hospital.
 7      Q.   Those are her exact words?
 8      A.   Those are her words.
 9      Q.   How many interviews did you have
10 with Cathy Magone?
11      A.   I remember one after 5 p.m., I
12 believe it was, on December 1, 2005.  Cathy
13 Magone alluded to seeing me a second time,
14 and I don't recall that, so...
15      Q.   You're referring to Cathy Magone's
16 deposition testimony?
17      A.   Yes.
18      Q.   So you only remember one interview?
19      A.   I do.
20      Q.   Did you expect to be performing or
21 providing psychotherapy at Lawrence Hospital
22 full-time when you started?
23      A.   No.
24      Q.   What other types of care or what
25 other types of work did you expect to be
```

Carole Newmark

1                    C. Newmark

2 doing?

3       A.    What I was told was I would be

4 working very closely with the case managers,

5 that they would, in fact, be feeding patients

6 to me that needed to be seen, and that there

7 would be other sources of providing me with

8 work via MDs, nurses, emergency room,

9 whatever was needed of me.  But the major

10 portion of my job would be behavioral health.

11       Q.    When you're using the phrase

12 behavioral health, you're referring to a type

13 of social work here that includes

14 psychotherapy?

15       A.    Absolutely.

16       Q.    And the work that you, for example,

17 referrals that you received from case

18 managers or other patients that were directed

19 to you by doctors or nurses, that was social

20 work of another kind?

21       A.    No, no.  It was cases that they

22 couldn't manage that needed that -- how do I

23 put this -- that needed a social worker's

24 touch, that needed some nurturing and caring

25 and being able to work with the patients and

Carole Newmark

Page 67

```
 1                    C. Newmark
 2  their families in determining how they could
 3  be discharged in a way that made sense to
 4  Lawrence Hospital, as well as to the patient.
 5  Keeping in mind the length of stay, keeping
 6  in mind many other factors, which I
 7  understood.
 8            MR. KEIL:  Let's take a five-minute
 9       break.
10            (Recess taken from 11:24 a.m. to
11       11:30 a.m.)
12       Q.   Drawing your attention back to
13  Defendants' Exhibit D, you see the line, "I
14  thought I could fit in at LHC but there's
15  such a back-biting mentality and pathology in
16  case management dept, so I didn't stand a
17  chance."
18            What did you mean by that sentence?
19       A.   What I meant by that was that at
20  the onset, the case managers were very
21  territorial about their cases and about what
22  they did.  And when I came on board, there
23  wasn't lot of sharing of information with me,
24  so I kind of worked in a vacuum for some
25  time, and I just felt like it wasn't working.
```

Carole Newmark

Page 68

1                    C. Newmark

2              In regard to that, I -- after a

3 month, two, three months, I don't recall, I

4 asked Cathy Magone if we could possibly have

5 a meeting with myself and Nicole, who were

6 the only two social workers, and the case

7 managers, so that we could clear the air, so

8 that they could understand that my

9 relationship with them was not adversarial

10 and that I wanted to work with them, but I

11 couldn't help them if they didn't give me the

12 information I needed in a timely manner and

13 allowed me to do my job.

14              And we had a meeting in regard to

15 this.  At the meeting, some of them

16 understood what I meant.  Some said, you

17 know, welcome.  We understand.  You know, but

18 we work at a very fast pace and social

19 workers work at a different pace because you

20 have to get in there and understand the

21 patient and understand the needs, but we will

22 try to work with you.

23              Working with me happened with some

24 of the case managers, but not with all.  And

25 when I say back-biting, there was a lot of

Carole Newmark

1              C. Newmark

2 just e-mails back and forth to Cathy Magone,

3 particularly by Collette Gelardi, watching

4 everything that I did, calling me and saying,

5 "I need you here immediately."

6              And me saying, "I'm with a patient"

7 or, "I'm with a patient's family and the

8 patient is dying.  I can't come there at this

9 moment," and her becoming very angry with me

10 and calling Cathy and saying that I'm not

11 responding to her.  And I'm not responding

12 the way that they want me to respond.

13              That's what I meant by back-biting.

14 That instead of being cohesive, some of them,

15 not all, set up this relationship with me

16 that I felt was adversarial.  And which also

17 impaired my ability to do what I needed to

18 do.  Because if I have to help them

19 discharging, I need to know who's discharged

20 from day one, not when the person is getting

21 dressed to go home, and then they would call

22 me and say, "They're angry, they're going

23 home.  They don't want to go home.  Get in

24 there and make it right before they leave."

25              That's not working together and

Carole Newmark

Page 70

1              C. Newmark

2 that's not working in a cohesive manner and

3 that's what I meant by that.

4      Q.    **Who besides Collette Gelardi**

5 **behaved in that way?**

6      A.    Kitty.  I don't know Kitty's last

7 name.  I apologize.

8      Q.    **Is Kitty her given name?**

9      A.    That's the name she uses, Kitty.

10 Kitty was extremely territorial and sometimes

11 wouldn't share cases with me at all.  And

12 say, "I'm not even going to call.  I'll do it

13 myself.  Don't worry.  I'll handle this."

14           So it was very hard for me to do

15 the work that I needed to do.

16      Q.    **How many case managers were there?**

17      A.    I want to say seven to nine.  I

18 don't know exactly.  Eight or nine.

19      Q.    **Were there any besides Collette**

20 **Gelardi and Kitty that you feel had this**

21 **attitude?**

22      A.    Barbara, in the beginning, and then

23 she and I talked about working together, and

24 when I left, at the time that I was

25 terminated, we had a good working

**Carole Newmark**

Page 71

1                    C. Newmark
2 relationship, a very good working
3 relationship, I would say.
4     Q.    When you and Barbara talked, was
5 this at that meeting that you referred to or
6 was it at some other time?
7     A.    It was before that.
8     Q.    When was the meeting that you and
9 Nicole Serra had with the case managers?
10     A.    As I said before, I don't recall.
11 Nicole came on board in April, I believe
12 April, so it may have been May, sometime in
13 May.  It was one of our length-of-stay
14 meetings, and we used that to discuss our
15 roles and how we could work together.
16     Q.    Was Cathy Magone also present at
17 the meeting?
18     A.    Yes, she was.
19     Q.    How long did you have the stay
20 meetings while you were at Lawrence?
21     A.    Every week, once a week.
22     Q.    Did it have a regular schedule?
23     A.    Yes.
24     Q.    When was that?
25     A.    It was either 12 or 1 o'clock.  I

Carole Newmark

Page 73

1            C. Newmark

2 with all the case managers happened before or

3 after Maura Del Bene started working at

4 Lawrence Hospital?

5       A.    I want to say before.

6       Q.    In Defendants' Exhibit D, what did

7 you mean by the word pathology in that same

8 sentence I read to you earlier?

9       A.    Pathology is, how do I explain

10 this, pathology is like the genesis of

11 something.  The pathology of it, where it

12 stems from, how it progresses.

13      Q.    Were you using the word in a

14 clinical sense?

15      A.    Yes.

16      Q.    Is there anything specific that you

17 intended to refer to with that word other

18 than the back-biting mentality?

19      A.    Just in general.  Yeah, that's it.

20      Q.    Is it fair to say as of the time

21 you wrote this e-mail you did not believe

22 that you fit in with the case managers at

23 Lawrence Hospital?

24      A.    No, I did fit in after a while.

25      Q.    So why did you say, "So I didn't

Carole Newmark

Page 75

1              C. Newmark

2 Lawrence Hospital?

3      A.    I think, given the nature of

4 patients and people who were in the hospital

5 and in an environment that's unusual for them

6 and that's very disorienting for them, every

7 one that I came in contact with, I could not

8 do psychotherapy per se with any one of them.

9 They were there for such a short period of

10 time.

11           If you talk about some really,

12 really brief therapy, I guess that's what's

13 done.  Get to the point, get to the feelings

14 and have them move on.

15      Q.    So when you say that your

16 expectation was that you would be doing more

17 psychotherapy at Lawrence Hospital than

18 turned out to be the case, you're referring

19 to the amount of time you would be able to

20 spend with each patient?

21      A.    That, but not so much that, but the

22 promise of the palliative care center, which

23 was my reason for coming to Lawrence

24 Hospital.

25      Q.    What was your salary with your

**Carole Newmark**

Page 100

```
 1                  C. Newmark

 2       A.    I did not.

 3       Q.    Did you record the conversation?

 4       A.    I recorded it verbally to Nicole

 5  Serra.

 6       Q.    Meaning you told Nicole Serra?

 7       A.    I told Nicole Serra.

 8       Q.    When did you tell Nicole Serra?

 9       A.    Nicole Serra was -- when I left

10  Cathy Magone's office, Nicole Serra was

11  summoned to her office so she could learn of

12  being appointed to the palliative care unit.

13  And so I kind of passed her in the hallway

14  and I said, "I'll speak to you later."

15            So when she finished meeting with

16  Cathy Magone, that's when I told her, and of

17  course she knew.  She said, "I can't believe

18  this.  I just can't believe this has

19  happened."

20            I said, "Well, that's what

21  happened."

22            And she said, "This is why you came

23  to Lawrence Hospital."

24       Q.    Those are Nicole Serra's exact

25  words to you on that occasion?
```

Carole Newmark

1              C. Newmark

2      A.    Yes.

3      Q.    "I can't believe this happened and
4 that's why you came to Lawrence Hospital"?

5      A.    Yeah.  She told me she felt very
6 badly.

7      Q.    Did she say anything else to you on
8 that occasion?

9      A.    We just talked about it.  She said
10 I remember when we both worked at Phelps and
11 you went for your interview and you came back
12 to me and said this is a great opportunity
13 for me because I will be able to use my
14 behavorial health skills and there is a
15 wonderful palliative care unit that's up and
16 coming.

17             So the next day after my interview,
18 I went back to work and spoke to Nicole and I
19 told her about it and she was sad that I
20 might be leaving, but she said I'm really
21 happy for you.

22      Q.    Was there anything else that you
23 said to Ms. Serra or that she said to you
24 during that conversation?

25      A.    I don't recall.  I mean, we had a

Page 102

1                    C. Newmark

2 lengthy conversation.

3        Q.    Approximately how long?

4        A.    During a lunch hour.

5        Q.    You were having lunch with her at

6 the time?

7        A.    Yes, in the office.

8        Q.    Did you tell anyone other than

9 Nicole Serra and Pat Orsaia about the

10 conversation you had with Cathy Magone?

11        A.    Yes.

12        Q.    Who else?

13        A.    I told my daughter Janice Powers.

14        Q.    Anyone else?

15        A.    I told my partner.

16        Q.    What is your partner's name?

17        A.    Margaret Arnim.

18        Q.    When you say partner, you mean

19 domestic partner?

20        A.    That's correct.

21        Q.    Was there anyone else?

22        A.    No, not immediately.  I was

23 disappointed by the decision.  And I really

24 didn't want to talk about it.

25        Q.    Was there anyone else that you told

Carole Newmark

Page 103

1                    C. Newmark

2 about your conversation with Cathy Magone

3 prior to your termination from Lawrence

4 Hospital?

5       A.    About?

6       Q.    About what Cathy Magone had said to

7 you?

8       A.    About Nicole -- yes, I think the

9 case managers knew what was, you know, what

10 had happened.

11      Q.    Did you tell them yourself?

12      A.    I probably did, or maybe word got

13 out through Nicole.  I'm not sure.  It wasn't

14 something that I dwelled on.

15      Q.    What did you say to Janice Powers

16 immediately or shortly after your

17 conversation with Cathy Magone?

18      A.    I told her that I couldn't believe

19 that the position was given to Nicole Serra.

20 That it had been implied that the position

21 would be mine.  I told her I guess I was

22 upset about it.

23      Q.    Did you say anything else to

24 Ms. Powers about -- about that conversation?

25      A.    No, that was the crux of it.

Carole Newmark

Page 108

1                    C. Newmark
2  from the time that I graduated and that I
3  came back to Lawrence Hospital.  I was very
4  pleased to be there.
5       Q.   At the time that you started at
6  Lawrence Hospital, did you have any plans or
7  expectations about when you would be
8  retiring?
9       A.   I figured around 70.
10       Q.   Have those plans changed since?
11       A.   No.
12       Q.   What is your date of birth?
13       A.   9/16/45.
14       Q.   Do you believe that Nicole Serra
15  was a poor choice for the palliative care
16  team?
17            MS. NICAJ:  Objection.
18            You can answer.
19       A.   I didn't think she was a poor
20  choice.  And my rationale for that was Nicole
21  had no prior hospital social work experience
22  when she came to Lawrence Hospital.  And I
23  had enough faith in Nicole knowing that she
24  was a bright young lady, that she would be
25  able to, you know, to do well under my

Carole Newmark

Page 113

1                    C. Newmark

2        Q.    Over what period of time did Nicole

3  Serra shadow you?

4        A.    Over a period of -- intensely

5  without seeing any of her own patients for

6  about two months.

7        Q.    Was it after that two-month period

8  that you assigned her to medical surgical,

9  labor and delivery and pediatrics?

10       A.    Yes.

11       Q.    To your knowledge, has Lawrence

12 Hospital completed a physical site for

13 palliative care on its premises?

14       A.    I don't know.

15       Q.    In the next few questions that I

16 will be asking you, I'm going to be focusing

17 the attention on some slightly different

18 topics.  One of the topics will be your

19 understanding of the process -- the

20 decision-making process that Cathy Magone

21 used to reach her decision to appoint Nicole

22 Serra rather than yourself to the palliative

23 care team.

24              Another focus for some questions

25 will be the merits of the decision that she

Carole Newmark

Page 116

1                    C. Newmark

2  in what you know or believe to be the

3  decision-making process that Cathy Magone

4  used in order to make that decision?

5              MS. NICAJ:  Objection.

6              You can answer.

7      A.    At the time I did, because I felt

8  that I was Nicole's supervisor, and if there

9  was going to be a decision made about where

10  she would work and what she would do, I felt

11  I should be in the loop in making that

12  decision.

13      Q.    Do you have any reason to doubt

14  that Cathy Magone relied on input from

15  Roseanne O'Hare and Maura Del Bene in making

16  that decision?

17              MS. NICAJ:  Objection.

18              You can answer.

19      A.    When I questioned why the decision

20  was made, Cathy Magone said it was a decision

21  that was made -- I'm not quoting her, but

22  something to this effect, the decision has

23  been made and that's it.  And she stood up

24  and dismissed me.

25              So I really didn't have a chance to

Carole Newmark

Page 117

1              C. Newmark

2 process anything or have a conversation with

3 her about it, except that the decision was

4 made.  She didn't say how it was made.  She

5 didn't say Roseanne O'Hare or anyone else was

6 involved in the decision.

7      Q.    **You heard testimony to that effect**

8 **when Ms. Magone testified recently, correct?**

9              MS. NICAJ:  Objection.

10             You can answer.

11     A.    That they were involved, yes.

12     Q.    **Do you have any reason to believe**

13 **that that's not true?**

14             MS. NICAJ:  Objection.

15             You can answer.

16     A.    No.  If that's how it happened,

17 that's how it happened.

18     Q.    **During your employment at Lawrence**

19 **Hospital, were you assigned to attend**

20 **training in connection with disaster mental**

21 **health or mental health projects?**

22     A.    Yes, I was.

23     Q.    **When was that?**

24     A.    That was on June 20th and June 21st

25 of 2006.

Carole Newmark

Page 118

1              C. Newmark

2       Q.    Is there any particular reason why
3  you remember the dates so precisely?

4       A.    I just do.  I just remember that.
5  I'm pretty good at remembering things.  I
6  remember being asked to go to this training
7  because it was a hospital mandate in regard
8  to -- in light of the fact that there's
9  terrorism and there might be an event where
10 there would be the need for a mental health
11 professional to have a team of people to help
12 in the event of a disaster.

13             And Cathy Magone asked me if I
14 would go.  I said sure.  I didn't know what
15 it entailed.  I didn't know anything except
16 it was a disaster mental health training and
17 I thought it would behoove me to have extra
18 training, and it sounded like something that,
19 you know, I didn't question it.  I just went.

20      Q.    Did anyone else from the hospital
21 attend?

22      A.    There was a nurse, I believe her
23 last name was Barbieri.  Rita Barbieri?  I'm
24 not sure.  I didn't know she was from
25 Lawrence Hospital until halfway through the

Carole Newmark

1            C. Newmark

2 first day, or I just heard that she worked at

3 Lawrence Hospital, and so we just introduced

4 ourselves.

5            She was a per diem nurse at

6 Lawrence Hospital working one day a week.  I

7 don't know what she did.

8      Q.   **The training took two full days?**

9      A.   Yes.

10      Q.   **Where did it take place?**

11      A.    In Valhalla, at the fire academy,

12 fire training academy.

13      Q.   **Did you receive any written**

14 **materials at this training?**

15      A.   Yes.

16      Q.   **What did you receive?**

17      A.    A book with training and how to --

18 the training was how to train trainers.  So

19 the idea was after I was trained, that I

20 would then pull together a training with

21 Ms. Barbieri, if I have her name correct, and

22 possibly people from other hospitals who

23 attended, because it was an extremely,

24 extremely intensive training that had to be

25 done, and the person who gave the training

Carole Newmark

Page 120

```
1                    C. Newmark
2  suggested that a few hospitals band together
3  and do the training.
4       Q.   After you returned from this
5  training on June 20th and 21st of '06, what
6  steps did you take to develop mental health
7  program at Lawrence?
8            MS. NICAJ:  Objection.
9            You can answer.
10      Q.   By mental health, I'm referring to
11 this specific disaster mental health project?
12           MS. NICAJ:  Objection.
13           You can answer.
14      A.   What I did was I read over the
15 manual, which was about that big, and it was
16 very intensive.
17      Q.   You're indicating a couple inches
18 thick?
19      A.   About three inches thick.
20      Q.   Okay.
21      A.   And I tried to read it at work when
22 I could, which was usually my lunch hour.
23 And I started formulating in my mind how I
24 could go about doing this training and where
25 I would do the training, because you needed a
```

Carole Newmark

Page 121

```
 1                    C. Newmark
 2 certain facility.  You needed a certain
 3 physical facility, which is noted in this
 4 disaster training manual.  It had to be a
 5 very large, large room with certain seating.
 6 There was a method and a formula to it.
 7             So I started formulating it in my
 8 mind how I was going to go about doing this.
 9      Q.   Did you take any notes or prepare
10 any documents in connection with formulating
11 how you were going to implement the training?
12      A.   They were mental.  They were mental
13 notes.
14      Q.   So it's a no, just mental notes and
15 no paper documents or electronic documents?
16      A.   No, I didn't do anything like that.
17      Q.   When you returned from the
18 training, did you talk to anyone at Lawrence
19 Hospital about what you would need to do?
20      A.   I spoke to Nicole Serra.  And I
21 believe I spoke to Cathy Magone, who asked me
22 how it went, and I said it went well.  It was
23 good.  It was informative and eye-opening.
24      Q.   Did you speak to Ms. Barbieri?
25      A.   I tried to reach Ms. Barbieri on
```

Carole Newmark

Page 122

1                    C. Newmark

2 several occasions.  I left her messages on

3 her answering machine.  She was there one day

4 a week, and I think a few times she wasn't in

5 and I tried to get together with her.

6             The training that I was required to

7 do was required over a year period.  It

8 wasn't immediate.  It was to, because there

9 was so much information and there was so much

10 admittedly by the person who developed it,

11 there was so much information that the

12 trainers needed time to assimilate the

13 information and then teach it.  So there was

14 a timeframe of one year.

15      Q.   And that was the expectation

16 communicated to you during the training?

17      A.   Right, that's correct.

18      Q.   Did you tell Cathy Magone that?

19      A.   No, she didn't ask me.  I didn't

20 tell her.

21      Q.   Did you tell Cathy Magone that you

22 were reading through the binder and making

23 mental notes about how to conduct the

24 training?

25      A.   I don't believe we had an occasion

**Carole Newmark**

Page 123

```
 1            C. Newmark
 2 to talk about it.  If she asked how it went,
 3 I said it was very good.  I knew what my
 4 responsibility was to the hospital and to the
 5 training, and I was formulating how I would
 6 proceed with the training.
 7      Q.   Did Cathy Magone ever ask you for
 8 updates on your progress?
 9      A.   She did.
10      Q.   How many times?
11      A.   Once she said are you getting that
12 together, and I said yes, meaning that I was
13 looking it over and that I was trying to
14 reach Ms. Barbieri and was unsuccessful in
15 speaking with her.
16           I think another time she asked me
17 and I said, you know, I'm getting through it,
18 I'm pulling it together.
19      Q.   Did you tell Ms. Magone on one of
20 these occasions that it was going to be a lot
21 of work?
22      A.   Yes.
23      Q.   Approximately when was that?
24      A.   Probably the first time that she
25 asked me about it, and I don't know when it
```

Carole Newmark

Page 124

1                    C. Newmark

2 was.  Maybe a month after, she asked me after

3 the training.  Maybe in July.  And I said

4 it's a lot of work.  It takes a lot of work.

5 You can't just set it up and do it.

6     Q.   Do you have any reason to doubt

7 that your workload in connection with this

8 disaster mental health project was a

9 consideration that Cathy Magone took into

10 account in deciding who to appoint to the

11 palliative care team?

12     A.   No, no, because I had been

13 multitasking and I had been doing many things

14 at one time.  If a person could do six things

15 at a time, that's what I was doing.  I didn't

16 think of it as I couldn't do the palliative

17 care piece as well as this, as well as

18 prepare for the disaster mental health

19 training.

20          MS. NICAJ:  Read back the question.

21          (Whereupon, the requested portion

22     was read back by the court reporter.)

23     Q.   Is there anything you want to add

24 or change about your answer?

25     A.   No.  If I'm hearing it correctly,

**Carole Newmark**

                        C. Newmark

2 or religious holidays or vacation time, if

3 you had earned it?

4     A.    Right.   There was a bank of time.

5 That's correct.

6     Q.    Did you use any paid time off while

7 you were employed at Lawrence?

8     A.    If it's referring to sick time,

9 yes.

10    Q.    How many days were you out sick

11 while you were at Lawrence?

12    A.    When I first got there, I was put

13 off the job by Dr. Page because she believed

14 that I had shingles and I can't be around

15 patients with shingles because it's

16 contagious, and I believe I was there two

17 weeks, and I went to her with this rash on

18 the trunk of my body and she put me out for a

19 week or more.

20          I was out from Monday through

21 Wednesday morning, at which time I went back

22 to Dr. Page to please reassess what was going

23 on and to assure me that it was shingles,

24 because I told her it was a new job and I had

25 to get back to work as quickly as possible.

## Carole Newmark

Page 128

1              C. Newmark

2         And after looking at it again, she

3 decided that it was not shingles and that I

4 was cleared to go back to work.  That was the

5 first event.

6     **Q.   Were you cleared to return to work**

7 **the following day?**

8     A.    That day.  I went 8 o'clock in the

9 morning and came back to work right across

10 the street, I went to work after seeing her.

11 And I told her it was imperative that I not

12 be off because this was a new position and I

13 just felt an obligation to be there.  I

14 couldn't take time off.

15    **Q.   So that was two days?**

16    A.    It was Monday and Tuesday, and when

17 I went in the morning on Wednesday.

18    **Q.   During your employment at Lawrence**

19 **Hospital from March 2006 until the beginning**

20 **of October 2006, how many days in total were**

21 **you out sick?**

22    A.    I was out for my colonoscopy, I

23 believe, for two days.  I may have had

24 another day off for another illness, but I

25 don't recall more than that.  There may or

Carole Newmark

Page 132

1                    C. Newmark

2          A F T E R N O O N    S E S S I O N

3              (Time noted:  1:49 p.m.)

4

5 C A R O L E    N E W M A R K,

6              Resumed and testified as follows:

7 EXAMINATION BY (Cont'd.)

8 MR. KEIL:

9      Q.  Ms. Newmark, you understand that

10 you are still under oath this afternoon?

11     A.  Yes, I do.

12     Q.  And you testified earlier to the

13 words that Cathy Magone used when she

14 explained her decision to appoint Nicole

15 Serra rather than yourself to the palliative

16 care team.

17          Was there anything you found

18 offensive or objectionable in the way she

19 explained her decision?

20     A.  The objectionable piece was saying

21 that she was younger than me and could handle

22 the job better.

23     Q.  Was there anything else in what she

24 said to you in that meeting that you found

25 offensive or objectionable?

Carole Newmark

Page 133

1                C. Newmark

2        A.    Just that I was dismissed, that

3   there was not an opportunity for dialogue or

4   anything.

5        Q.    While you were employed at Lawrence

6   Hospital, was there -- were you aware of a

7   trip being planned for certain

8   representatives to go to Ohio to visit a site

9   with a palliative care program?

10       A.    No.

11       Q.    You --

12       A.    Correction.  I was aware when I had

13  lunch with Maura Del Bene.  She did mention

14  there was a trip to Ohio.

15       Q.    That was the only discussion you

16  had with anyone at Lawrence about the site

17  trip to Ohio?

18       A.    Yes.

19       Q.    Do you know one way or the other

20  whether Ms. Serra made a trip to Ohio in

21  connection with the palliative care team?

22       A.    Yes, I knew she went on a trip.

23       Q.    When did you find out?

24       A.    It's not exact, but I believe that

25  I found out shortly after when Nicole was

Carole Newmark

Page 136

1                        C. Newmark

2  Pat Orsaia's office on or around August 18th

3  to inform her what --

4        A.   Yes.

5        Q.   Let me finish the question -- to

6  inform her of what Cathy Magone had said to

7  you?

8        A.   I'm not sure if I met with her in

9  her office or if I called her.

10        Q.   But your effort to contact Ms.

11  Orsaia was on or about August 18th?

12        A.   That sounds plausible.

13        Q.   Do you remember?

14        A.   No, not to the exact day, no.

15        Q.   Would it be fair to say it was

16  approximately three days after you met with

17  Cathy Magone?

18        A.   There may have been a weekend

19  there.  There may have been a weekend.  I'm

20  not sure.  I would have to look at a

21  calendar.  And they may have done it on a

22  Monday.  I'm not sure.

23        Q.   In that first contact with Pat

24  Orsaia, did she tell you she was going on

25  vacation?

Carole Newmark

Page 137

1                    C. Newmark

2    .   A.    I'm not sure if that's when I knew

3 that she was going on vacation.  I may have

4 learned about that when a date was trying to

5 be set for us to meet.

6        Q.    Was it your own idea to go to Pat

7 Orsaia or did someone else recommend it to

8 you?

9        A.    My own idea.

10       Q.    Why did you decide to go to Pat

11 Orsaia?

12       A.    Because I felt there was age

13 discrimination.

14       Q.    And that was based on the words

15 that Ms. Magone had used to you on the

16 meeting on the 15th?

17       A.    Exactly, that Nicole was younger

18 and could do the job better.

19       Q.    Was there any other reason at that

20 time that made you think there was age

21 discrimination?

22       A.    No.

23       Q.    Was there a particular result you

24 were looking for when you went to Pat Orsaia?

25       A.    Yes.

**Carole Newmark**

Page 138

1              C. Newmark

2       Q.    What was the result you were

3 looking for?

4       A.    The result was I wanted to air

5 this, I wanted it to be out on the table so

6 that I could continue doing my job without

7 any interference and without -- and I wanted

8 her to know how I felt, that I felt it was

9 age discrimination and I was uncomfortable

10 working with Cathy without this being hashed

11 out.

12      Q.    Did you have a private meeting with

13 Cathy Magone on or about September 12th?

14      A.    I don't recall.

15      Q.    Do you recall having a meeting with

16 Cathy Magone in September of 2006 in which

17 she told you that your attendance had been

18 unsatisfactory?

19            MS. NICAJ:  Objection.

20            You can answer.

21      A.    No.

22      Q.    Did you have any meeting with Cathy

23 Magone prior to September 28th in which Cathy

24 Magone told you that your probation was being

25 extended?

Carole Newmark

Page 139

1              C. Newmark

2      A.    Yes, I did.

3      Q.    Was that on or about September

4 12th?

5      A.    Perhaps.  I don't know.

6      Q.    What do you remember about that

7 conversation?

8      A.    She said that she didn't think

9 things were working out but she felt that

10 they could, you know, perhaps there was a way

11 we could work things out and that she was

12 going to extend my probation, and I told her

13 that things, you know, there was still

14 existing problems with the case managers not

15 giving me things in a timely manner, and that

16 I understood the extension, if that's what

17 she wanted to do, that I understood that.  I

18 just wanted things to be right.

19      Q.    What else did Cathy Magone say to

20 you in that meeting?

21      A.    I don't recall anything else.

22      Q.    What else did you say to Cathy

23 Magone during that meeting?

24      A.    That that was fine, that she was

25 extending my probation, that I understood

**Carole Newmark**

Page 140

1              C. Newmark

2 that.  And that hopefully we would work

3 things out.

4      Q.   Did Cathy Magone say anything to

5 you during that meeting that you believed was

6 untrue or inaccurate?

7      A.   She really didn't say much.  She

8 just said that it was being extended because

9 there were still issues with roles, social

10 work roles, case management roles, palliative

11 care roles.

12      Q.   Did Cathy Magone say anything to

13 you during that meeting that you believe was

14 unfair?

15          MS. NICAJ:  Objection.

16          You can answer.

17      A.   No, I didn't balk at the fact that

18 she was extending my probation.  I said if

19 that's what you need to do, then that's fine.

20      Q.   Was anything else discussed during

21 this meeting?

22      A.   No.

23      Q.   Did you also have a discussion

24 during this meeting about your need to take

25 time off for a colonoscopy, or was that a