# EXHIBIT 3

31

Pat Orsaia

of Cathy's comment, and then she asked me if that
was ageism.

Q.    During the course of this meeting,
did you, when Ms. Newmark mentioned the
young, and "younger," and "ageism," did you ever
write this down?

A.    I did not.

Q.    Why?

A.    I asked Carole to clarify for me
what she thought this meant. I asked her to
clarify what ageism was. I have already
testified, I did not write it down.

Q.    Why didn't you?

A.    I didn't feel it was necessary.

Q.    Why not?

A.    In my role I have conversations with
team members all day long in my office and at
other locations around the hospital. They will
oftentimes share a concern. I don't write notes
or ask them to write a statement about everything
they talk to me about.

Q.    Is there a discrimination policy at
Lawrence that was present when you were HR
director?

34

*Pat Orsaia*

1
2          form.
3          Q.    Did you -- in the e-mails you're
4     referencing, did you ever say, this is what
5     Ms. Newmark said, in those e-mails?
6          A.    I believe there is one e-mail that I
7     sent to Cathy Magone, where I referenced that I
8     had provided Cathy's clarification around the
9     comment to Carole and that Carole remained upset
10    about it and not accepting of Cathy's explanation.
11         Q.    Did --
12         A.    And I put that in an e-mail to Cathy
13    Magone.
14         Q.    Did you use the word "young" or
15    "younger," or anything of that nature?
16         A.    I believe I said, Carole was still
17    unclear or upset about Cathy's use of the word
18    "young."
19         Q.    That was in reference to the second
20    meeting with Ms. Magone?  There was a second
21    meeting where Ms. Newmark was present, as well as
22    Ms. Magone?
23         A.    That's correct.
24         Q.    Following that meeting, Ms. Newmark
25    had written to you that she still had concerns;

1                    Pat Orsaia

2          A.    Could you be more specific in the

3    question?

4          Q.    What did Ms. Newmark say to you when

5    she first communicated her concern about Cathy

6    Magone's reference to "young" and Nicole Serra?

7          A.    Ms. Newmark told me that in her

8    explanation of why Nicole was selected for the

9    palliative-care project, that Cathy Magone had

10   used the word "young" in reference to Nicole.

11         Q.    Did she say how Ms. Magone had used

12   the word "young"?

13         A.    I believe Carole said it was

14   something to the effect of, Cathy told her Nicole

15   was young and eager to learn, or could use the

16   experience, or something like that.  It was

17   really the use of the word "young" that Carole

18   was focused on.

19         Q.    As you sit here today, do you recall

20   what Ms. Newmark said in reference to the word

21   "young"?

22         A.    Just what I have just stated.

23         Q.    Apart from that, anything else you

24   recall she said to you at that time?

25         A.    In reference to the use of the word

37

1
2       "young"?

3              Q.     Yes.

4              A.     Only that she, Carole, questioned

5       me.  Something like, isn't that ageism, is the

6       way she put it to me.

7              Q.     What response, if any, did you have

8       for her?

9              A.     I actually asked her to clarify what

10      she meant by "ageism."

11             Q.     Why?

12             A.     Because it wasn't a term I was

13      familiar with.

14             Q.     And what was her response?

15                    You were not familiar with the word

16      "ageism"?

17             A.     Correct.

18             Q.     What was her response?

19             A.     Her response was that her perception

20      was that Cathy was telling her that Nicole had

21      been selected for the palliative-care project

22      because she was younger in age than Carole.

23             Q.     As the HR director at that time, you

24      didn't know what "ageism" meant?

25             A.     I thought it was important for

38

Pat Orsaia

1
2  Carole to clarify.

3      Q.    I'm asking, at the time when you
4  asked her what "ageism" meant, you didn't know
5  what that word meant?

6      A.    I was not familiar with the use of
7  the word "ageism" as a term that could be used
8  interchangeably with age discrimination, no.

9      Q.    Did you ever -- did you look up the
10  definition?

11      A.    No.   I asked Carole to clarify for
12  me what she meant by the term "ageism" in the
13  context that she was presenting it to me.

14      Q.    What did she say to you?

15      A.    I believe I just stated what she
16  said to me.

17      Q.    What did she say?

18      A.    She said what she meant by "ageism"
19  is that her perception is that Cathy's use of the
20  word "young" in the explanation as to why Nicole
21  was selected for the palliative-care project, was
22  a reference to the fact that Nicole was younger
23  than Carole, and that is why she was selected for
24  the approach.

25      Q.    Didn't she, in fact, say that

41

*Pat Orsaia*

1
2      explanation about why Nicole was selected for the
3      palliative-care project.
4                        MS. NICAJ:    I'm going to
5           move to strike as nonresponsive.
6                        Can you read the question back.
7                        *(Question read)*
8           A.    No.
9           Q.    What, if anything else, did she say
10     to you during this initial exchange with
11     Ms. Newmark?
12          A.    Ms. Newmark told me in this same
13     conversation that -- I don't remember her exact
14     words, but she indicated to me that she was not
15     entirely comfortable with her role in the
16     department with Cathy Magone as her director and
17     wasn't entirely comfortable -- or maybe had not
18     entirely adjusted to the case-management model of
19     work that was used at Lawrence.  And that may
20     have been when Ms. Newmark reminded me that she
21     had come most recently from the mental-health
22     work environment, and it was different in the
23     acute-care environment; there is no question
24     about it.  And I believe that Carole, during that
25     initial conversation, even said to me that she

42

Pat Orsaia

wasn't sure if her job at Lawrence was the right

one for her at that point.  And I believe she

said something like, maybe it's too soon to tell;

or, you know, I'm early in my tenure.  Whatever

it was.

Q.    Did you write any of this down?

A.    No.

Q.    Okay.  Did you communicate that with

anyone?

A.    No.

Q.    Did she say anything else to you?

And when you say you believe, and

you believe, what is the basis of your belief?

Because with all due respect, I don't care about

your belief; I'm interested in your memory.  So,

what is the basis of your belief?

A.    When I say "I believe," what I'm

providing is my best recall of what was shared in

that conversation.

Q.    So, it's more than your belief; it's

your actual recollection?  Is that what you're

saying?

A.    Yes.

Q.    And what, if anything, did you tell

43

*Pat Orsaia*

2      her in response?

3          A.      In response to everything that

4      Carole had shared with me in that initial

5      conversation, I suggested to her that it was

6      important that we clarify -- address her concern

7      and clarify what Cathy had said and what the

8      intent of her comments were.

9                  And I told Ms. Newmark that I

10     understood her concern; that we should definitely

11     follow up on it.  And I offered her a couple of

12     optional ways to do that.

13         Q.      What were those?

14         A.      I offered her the option of -- if

15     she was comfortable doing so, I suggested to her

16     that a first option would be for Ms. Newmark to

17     schedule some private time with Cathy Magone and

18     ask for clarification, and let her know what her

19     perception was of their discussion and how she

20     was feeling about the assignment of the projects.

21                 I offered her another option of the

22     three of us meeting - Cathy Magone, Ms. Newmark

23     and myself - for a similar discussion.

24                 And I offered her a third option of

25     my taking her concern to Cathy Magone separately,

44

Pat Orsaia

seeking the clarification that she was asking and
coming back to her with a response.

Those were the options.

Q.    Did you say anything during this
interchange with Ms. Newmark?

A.    I may have.  After presenting the
options, I may have asked Carole if she wanted to
think about the options and let me know at some
later time how she wanted to proceed; or we may
have determined it right there, because the
option that she chose was for me to contact Cathy
Magone, separately, seek the clarification to
address her concerns and come back to her with a
response.

And that's what we actually did.
That's what I actually did.

Q.    Do you recall anything else that was
said by you or Ms. Newmark at this meeting?

A.    No.

Q.    How long did this meeting last?

A.    To the best of my recollection,
fifteen to twenty minutes.

Q.    You indicated that she took the
third option of you speaking to Ms. Magone,

*Pat Orsaia*

1

2    separately?

3        A.    Yes.

4        Q.    Did she communicate the third option

5    to you at that meeting or at some other point?

6        A.    Well, I have already stated that I

7    don't recall exactly if she said to me at that

8    point, I'm not comfortable meeting with Cathy; I

9    would prefer that you go back and get the

10   clarification, or whether she called me sometime

11   shortly thereafter and suggested that I contact

12   Cathy, separately.

13       Q.    Did you do that, communicate with

14   Ms. Magone?

15       A.    I did.

16       Q.    How long after your meeting with

17   Ms. Newmark?

18       A.    I don't recall exactly.  What I do

19   recall is, being the time of year that all this

20   was happening, it is possible that Cathy Magone

21   may have been actually on vacation at the time

22   that Carole saw me initially about her concerns

23   or had been going on vacation.

24            I know in this time frame, over the

25   six-week period or so from the end of August

1                    Pat Orsaia

2    to -- or four-week period from the end of August

3    to the end of September, that I believe I had a

4    full week planned vacation.

5              I believe that Cathy Magone was out

6    for some period of time, and I believe that

7    Carole was out for some period of time.  So, I

8    don't remember exactly.  We may have had to delay

9    my initial conversation with Cathy Magone because

10   of availability.

11         Q.    Did you communicate with Ms. Magone

12   what the intent of your meeting with her was

13   going to be, separate and apart from the fact

14   that you wanted to meet with her to discuss these

15   concerns?  Did you tell her what they were going

16   to be about?

17         A.    Yes.

18         Q.    When?  When did you first do so?

19         A.    I don't recall the exact date.

20         Q.    How was this - by e-mail, or

21   telephone, or something else?

22         A.    My best recollection is that I

23   contacted Cathy by telephone, first, to tell her

24   that I had met with Carole and that Carole had

25   voiced some concerns and that I would like to

47

*Pat Orsaia*

1
2  meet with her and go into detail about it.

3       Q.    Did you tell her, Ms. Magone, what

4  those concerns were?

5       A.    I don't recall if we spoke in detail

6  on the phone.  I don't believe so.  I believe

7  that we spoke in person.

8       Q.    Did you discuss anything on the

9  telephone concerning Ms. Newmark, expressing what

10  she had related to you about Nicole Serra's

11  appointment to the position?

12       A.    I don't recall.  It's possible that

13  I did.

14       Q.    I'm going to direct your attention

15  to what has been marked as Plaintiff's Exhibit 4,

16  which was previously marked at Ms. Magone's

17  deposition.

18            Directing your attention to

19  Plaintiff's Exhibit 4, have you seen that?

20       A.    Yes.

21       Q.    What is that?

22       A.    This is a printout from our e-mail

23  system, Microsoft Outlook, used at Lawrence

24  Hospital Center.  And it tells me that -- it's

25  the e-mail system, telling me that a meeting I

50

Pat Orsaia

1

2    2006, about her concerns relating to Cathy Magone?

3        A.    Yes.

4        Q.    Do you know when, in relation to

5    August 21, 2006, Ms. Newmark had met with you to

6    discuss these concerns?

7        A.    I don't know the exact date.

8        Q.    Would that be in your calendar, too?

9        A.    Possibly.

10       Q.    When did you meet with Ms. Magone?

11       A.    I don't know the exact date.  I can

12   only assume from this that it was after August

13   21st.

14       Q.    How long was your meeting with

15   Ms. Magone?

16       A.    To the best of my recollection,

17   approximately, fifteen minutes.

18       Q.    Did you reduce anything she said to

19   you or you said to her at this meeting, in

20   writing?

21       A.    No.

22       Q.    Did you take any notes?

23       A.    No.

24       Q.    Was there anyone else present?

25       A.    No.

1

2      Q.    Who spoke first at this meeting?

3      A.    Who spoke first at the meeting?  I'm

4  not sure what you mean.  Did we greet each other?

5  Did I say hello first?  Did she say hello first?

6  I'm not sure what you mean.

7      Q.    Who spoke first?

8      A.    I don't recall.

9      Q.    What did -- withdrawn.

10       What, in words or substance, did you

11  say at this meeting?

12       A.    At my meeting with Cathy Magone, I

13  relayed to her the concerns that Carole Newmark

14  had shared with me.

15       Q.    What did you say to Ms. Magone?

16       A.    I told Cathy Magone that Carole had

17  asked to see me, that she was upset about the

18  assignment of the project to Nicole, and that her

19  perception was that that decision to assign

20  Nicole to the project may have something to do

21  with Nicole's age or Carole's age.

22       I then asked Cathy Magone if she had

23  used the word "young" in her discussion with

24  Carole.  And I explained to Cathy that Carole

25  seemed to be focused on her use of the word

52

*Pat Orsaia*

"young," and I asked her if she used the word.

Q.    And was there anything else you said
to her at this meeting?

A.    Yes.    We -- Cathy answered my
question.

Q.    What did she say?

A.    She said that -- she thought for a
minute, and she said that, as she recalled, she
had referenced the fact that Nicole was younger
in her career and eager to learn.  And Cathy told
me that she thought that her use of the word
"young" had been taken out of context by Carole.

Q.    Did she say anything else to you?

A.    She expressed her surprise.  She
said that -- she talked to me about the decision
to assign Nicole to the palliative-care project.
She told me that she had made the decision based
on input from others - specifically, Roseanne
O'Hare, vice-president of patient-care services,
and also feedback from Maura DelBene, who was the
registered nurse assigned to the palliative-care
program.  And that the feedback from both of them
was that they were looking for Nicole to be
assigned to the project.

53

Pat Orsaia

Q.     Whose decision was it?

A.     It was Cathy Magone's decision, as far as I know.

Q.     Anything else that she said to you at this meeting --

MS. NICAJ: Withdrawn.

Q.     Was there anything else that Cathy Magone said to you at this meeting?

A.     Yes.

Q.     What?

A.     She explained to me that Carole had been previously assigned to another project, based on Carole's experience in that area, that was a mental-health project.  And Cathy shared with me at that time that Carole had been assigned to the mental-health project and had not begun to do whatever work was involved with that project.

Q.     Did she tell you when she had been assigned to do this project?

A.     Not at that meeting, I don't believe she did.  It was prior to the assignment of the palliative-care project to Nicole.

Q.     Do you know when that project was

54

*Pat Orsaia*

2  due?

3       A.    No, I don't.

4       Q.    Do you know what Ms. Newmark had to

5  do with respect to the project?

6       A.    No.

7       Q.    Did you ask her?  Did you ask

8  Ms. Magone?

9       A.    No.

10       Q.    In connection with your duties and

11  responsibilities as director of HR, did you see

12  any communications with respect to Ms. Newmark's

13  failure to do something concerning that mental-

14  health project, prior to your meeting with

15  Ms. Magone?

16       A.    No.

17       Q.    What else did Ms. Magone say to you

18  during this meeting?

19       A.    She indicated that they thought it

20  was important that her comment and use of the

21  word "young" be clarified to Carole and her

22  concerns be addressed.

23       Q.    Whose concerns?

24       A.    Ms. Newmark's.

25       Q.    What, if anything, did you say to

*Pat Orsaia*

1    Ms. Magone?

2    A.    I told her that, as promised to

3    Ms. Newmark, that I was going to take her

4    clarification of the use of the word "young" back

5    to Ms. Newmark as soon as I could.

6    Q.    What, if anything, did you do?

7    A.    That is what I did.

8    Q.    So, when you said you told her, you

9    then communicated what Ms. Magone said to

10   Ms. Newmark?

11   A.    Yes.

12   Q.    How?

13   A.    I believe it was by phone.

14   Q.    You believe it was, or was it?

15   A.    Yes; to my best recall, it was by

16   telephone initially.

17   Q.    And did you, in fact, speak to

18   Ms. Newmark?

19   A.    Yes.

20   Q.    What, in words or substance, did you

21   say to her?

22   A.    I told Ms. Newmark that I had spoken

23   with Cathy Magone.  I relayed her concerns of

24   Cathy's use of the word "young" in relation to

56

*Pat Orsaia*

1

2   the assignment of the project.

3           I told Ms. Newmark that Cathy

4   Magone's clarification was that she thought

5   Carole had taken the word -- her use of the word

6   "young" out of context.  And what she, in fact,

7   remembered saying, and what the tenor of her

8   statement was, was that Nicole was younger in her

9   career, and this was a good learning opportunity

10  for her.  She was eager to learn, et cetera.

11          Q.    What did Ms. Newmark say to you?

12          A.    Ms. Newmark indicated that she

13  didn't find that clarification by Cathy Magone to

14  be acceptable.

15          Q.    Did she tell you why?

16          A.    Ms. Newmark disagreed with what

17  Cathy stated as to her use of the word "young."

18          Q.    What did she say with respect to

19  that?

20          A.    She said that Cathy Magone did not

21  say that Nicole was younger in her career.

22          Q.    What did she say that Ms. Magone

23  said?

24          A.    As I recall, Ms. Newmark simply said

25  that Cathy Magone had used the word "young" in

62

*Pat Orsaia*

1
2  agreement with it.  And that Carole and I both
3  thought it would be helpful for the three of us
4  to meet and continue to discuss it.
5          Q.    What, if anything, did Ms. Magone
6  say to you?
7          A.    She agreed.
8          Q.    Was there anything else said?
9          A.    Not that I recall.
10         Q.    During this interchange --
11         A.    Not that I recall.  Once again,
12  there may have been some discussion about trying
13  to set up the meeting because of people's
14  availability.
15         Q.    Between that telephone conversation
16  with Ms. Magone, and the actual meeting with
17  Ms. Magone and Ms. Newmark, did you have any
18  other communications with Ms. Magone relating to
19  Ms. Newmark?
20         A.    To my best recollection, I did;
21  because at some point prior to the meeting that
22  the three of us had, I had some conversation with
23  Cathy Magone about Ms. Newmark's attendance and
24  performance concerns on Cathy Magone's part.
25         Q.    When did you have those?  How many

63

Pat Orsaia

communications did you have with Ms. Magone
concerning that?

      A.     I believe it was one conversation.

      Q.     When?

      A.     I don't know the exact date.

      Q.     After September 12th?

      A.     I don't know exactly.  I believe it
was after September 12th.

      Q.     Was this in writing?

      A.     No.

      Q.     Did you reduce anything she said to
you in writing?

      A.     No.

      Q.     Did you ask her for anything in
writing?

      A.     No.

      Q.     So, between your -- after you spoke
to Ms. Magone about Ms. Newmark telling you that
she didn't find Ms. Magone's statements --
withdrawn.

           She disagreed with Ms. Magone's
statements, after that statement that Ms. Newmark
made to you and the actual meeting between the
three of you, at some point Ms. Magone spoke to

64

*Pat Orsaia*

you about Ms. Newmark's performance?

    A.    Yes.

    Q.    Prior to that time, had she
communicated with you about Ms. Newmark's
performance?

    A.    Prior to that, when I had spoken to
Cathy about the project assignment and Cathy had
explained to me that she had gotten feedback from
the two sources I have already mentioned –
Roseanne O'Hare and Maura DelBene – about who
they would prefer to have assigned to the
project, at that time, Cathy indicated to me that
part of their feedback in relation to Carole was
not positive. And that was part of the feedback
that they gave to Cathy about their preference to
have Nicole assigned to the project, instead of
Carole.

    Q.    Apart from that, was that
communication that you had with Ms. Magone --
that was in reference to when Ms. Newmark had
expressed her concern to you about Ms. Magone
referring to the reasons Ms. Nicole Serra was
selected instead of her; is that right?

    A.    Yes.

67

Pat Orsaia

1
2    discussing those age-related comments that
3    Ms. Newmark had expressed concern about, had
4    Ms. Magone ever come to you, concerning
5    Ms. Newmark?
6            A.      Not that I recall.
7            Q.      Getting back to the second time
8    where you say there was -- withdrawn.
9                    You indicated that Ms. Magone
10   expressed to you some concern about Ms. Newmark's
11   performance and her unplanned absences at some
12   point.
13           A.      Yes.   At some point, Cathy brought
14   that to my attention.
15           Q.      That was after September 12th, 2006;
16   is that right?
17           A.      I don't know.
18           Q.      Was that after your communication
19   with her, your initial communication with her
20   concerning Ms. Newmark's expression of concern?
21           A.      I think I first became aware of
22   concerns with Ms. Newmark's attendance pattern
23   after Ms. Newmark told me that she had
24   requested -- or not requested; she had advised
25   Cathy Magone that she needed some time off for

68

Pat Orsaia

some medical testing.  And I think at that point,

Ms. Newmark told me that Cathy had spoken to her

in regard to this request, in regards to the fact

that she had already had some unplanned time off,

and that I believe it had been communicated --

according to Ms. Newmark -- to her, by Cathy

Magone at that point, that the time off she was

requesting for the medical testing, was not

approved.

         And that at some point -- I'm not

sure if in this same conversation -- Carole told

me then Cathy had reconsidered and it was

approved, or if that happened later on.

     Q.   Do you know when that occurred?

     A.   No, I don't.

     Q.   Was it around the time of September

12, 2006?

     A.   I don't know exactly.

     Q.   Do you know whether it was before or

after -- withdrawn.

         Getting back to your communication

with Ms. Magone, what did she say to you were her

concerns about Ms. Newmark's performance?

     A.   Cathy Magone told me that in

Pat Orsaia

1

2    considering her decision to assign Nicole to the

3    palliative-care project, that she had gotten

4    feedback from Roseanne --

5         Q.    I don't mean to interrupt you. Was

6    this the conversation you relayed during your

7    telephone -- was this the communication wherein

8    you expressed to Ms. Magone what Ms. Newmark had

9    told you about the age-related comments, or was

10   this at some other point?

11        A.    It was during that conversation.

12        Q.    Okay. I'm not going to rehash it,

13   unless you haven't told me something about that

14   conversation.

15        A.    I believe I have told you what I

16   recall about it.

17        Q.    There was a second communication.

18   You relayed to me that you -- that Ms. Magone

19   expressed some concern about performance and

20   unplanned absences on the part of Ms. Newmark

21   after that.  And you said it was sometime between

22   September 12th, and the meeting with the three of

23   you - Ms. Newmark, Ms. Magone and yourself?

24        A.    Yes.  To the best of my recall, at

25   the time that Carole and Cathy and I met, the

Pat Orsaia

three of us, I already had some sense of a
concern about attendance and performance prior to
that meeting.   I don't know exactly when I became
aware of it.

Q.     You had some sense.

Did you meet with Ms. Magone about
this?

A.     Well, as I have stated, I believe it
was Carole Newmark, herself, who first brought up
the issue of her attendance pattern with me.

Q.     I'm not asking about Carole Newmark.
I'm asking you a specific question relating to
Cathy Magone, okay?

So, going back to my previous
question --

A.     I don't know if I met with her or if
we spoke by telephone or -- I don't recall.

Q.     Do you recall when the meeting took
place between you, Ms. Newmark, and Ms. Magone?

A.     I believe it was September 28th.

Q.     Do you recall how long prior to
September 28th, you communicated with Ms. Magone
concerning Ms. Newmark's performance, apart from
that initial exchange that was the result of her

71

Pat Orsaia

1

2  explaining to you why she had not selected

3  Ms. Newmark?

4      A.    I don't know exactly when that took

5  place.  I do know at some point Cathy Magone, as

6  department leader, shared with me that she had

7  performance and attendance concerns with

8  Ms. Newmark.

9          We discussed that Ms. Newmark was

10  still in her probationary period.  We talked

11  about the number of occurrences of unplanned

12  absences to date.  We talked specifically about

13  the performance concerns.  I don't recall exactly

14  when that was.

15      Q.    Is there any clear-cut rule about

16  the unplanned absences, the number and so forth?

17      A.    Yes.

18      Q.    What is it?

19      A.    In our policy on attendance, it

20  states that five or more occurrences -- well,

21  five -- actually, five occurrences of lateness

22  and/or unplanned absence, in a rolling,

23  consecutive twelve-month period, is considered

24  excessive.

25      Q.    At the time that you communicated