# EXHIBIT 3
# continued

*Pat Orsaia*

whatever business-need criteria there might be,

then communicate back to the employee whether or

not the day or days had been approved.

    Q.    Prior to the meeting with

Ms. Newmark, and Ms. Magone, on September 28th,

2006, was there any discussion about terminating

Ms. Newmark's employment?

    A.    Prior to the discussion on September

28th?

    Q.    Yes.

    A.    No.

    Q.    Did Ms. Magone ever tell you that

she was seeking to terminate Ms. Newmark's

employment prior to September 28th?

    A.    Ms. Magone told me that there were

attendance and performance concerns, that

Ms. Newmark was in her probationary period.  And

she may have said to me, I'm not sure this is

going to work out.

    Q.    I'm not asking --

            MS. NICAJ:  Move to strike

            as non-responsive.

    Q.    I'm not asking you what she may have

said to you.  I'm asking you what you recall her

1               *Pat Orsaia*

2    saying to you.

3               So, prior to September 28th, 2006,

4    did Ms. Magone ever advise you, in words or

5    substance, that she was going to recommend

6    Ms. Newmark's termination?

7        A.    She told me that was a possibility,

8    yes.

9        Q.    She did, okay.

10              When did she tell you it was a

11   possibility?

12       A.    I can't say an exact date; I don't

13   recall.

14       Q.    Did you reduce it in writing

15   anywhere?

16       A.    No.

17       Q.    Why not?

18       A.    It would not be something that is

19   required, nor was it my practice to do so.

20       Q.    You didn't reduce the fact that

21   Ms. Newmark complained to you about ageism in

22   writing; right?

23       A.    I have already answered that

24   question.

25       Q.    Is that right?

78

*Pat Orsaia*

1

2    meeting?

3        A.    As I recall, I spoke first at the

4    meeting.

5        Q.    What did you say?

6        A.    I introduced the meeting by saying

7    that -- thanking both of them for coming, and

8    saying that we were there to try to address

9    Carole's concerns and that we had all agreed that

10   that was best done probably in person.  That is

11   the substance of what I said.

12       Q.    What happened next?

13       A.    As I recall, Cathy offered her

14   explanation to Carole of her use of the word

15   "young."

16       Q.    What did Ms. Magone say?

17       A.    She said that she wanted to be clear

18   that Nicole's age or Carole's age had nothing to

19   do with her decision for the assignment of the

20   palliative-care project.  She said that she

21   thought Carole had taken her use of the word

22   "young" out of context.  And what she recalled

23   saying was that Nicole was younger in her career;

24   she was eager to learn; was soaking things up

25   like a sponge.

Pat Orsaia

She reminded Carole that Carole had been assigned to the mental-health project, as it was thought to be appropriate to her experience.

She advised Ms. Newmark that she had gotten feedback or input from Roseanne O'Hare and Maura DelBene regarding the assignment of a social worker to the palliative-care project.

At some point in the conversation, Cathy Magone referenced to Ms. Newmark the fact that her attendance pattern had not been acceptable to that point.  She had concerns about it.  And she referenced that she had some performance concerns, as well.

Q.    Did she say anything else at this point?  This is Ms. Magone.

A.    When Cathy Magone referenced that she had some attendance and performance concerns, Ms. Newmark responded by saying that she would like to have detail about the performance concerns.

And Cathy Magone responded by telling her that that particular discussion, the particular discussion we were having was for a different purpose, and that she was prepared to

1          *Pat Orsaia*

2     provide her with detail, and that would happen

3     during her performance evaluation discussion.

4          Q.    So, you understood that she had not

5     had any performance discussion with her until

6     that time, based on what Ms. --

7          A.    No.

8          Q.    -- what did you understand that to

9     be, then?

10         A.    What I understood it to be was

11    Carole, at that point in time, at that meeting,

12    wanted to go over the detail of performance

13    concerns; and her director telling her that she

14    would be sharing the detail with her in another

15    forum, which was a performance-evaluation

16    discussion.

17         Q.    Well, you mentioned that Ms. Magone

18    was the one who raised the issue of performance;

19    right?

20         A.    She stated that she had attendance

21    and performance concerns, yes.

22         Q.    Isn't it fair to say that

23    Ms. Newmark was just responding to what

24    Ms. Magone had herself raised, her director, as

25    you say?

83

*Pat Orsaia*

1 used that phrase, her peers, in terms of age, et

2 cetera.  I believe the point she was trying to

3 make was that -- I believe she was trying to

4 point out to Carole that age was not a factor in

5 her decision for the program.

6                 Carole had been hired a short time

7 prior to that.  So, obviously, in the interview

8 process, you know, one can see, just through the

9 interview process, who they are hiring.  And that

10 in fact, if one were to look at the complexion of

11 the group overall, the department, there were

12 many females that Cathy would consider her

13 contemporaries in terms of age.  So, I do

14 remember comments to that substance.  And I

15 believe it was at that meeting, to the best of my

16 recall.

17      Q.    Do you know how many people were

18 interviewed in connection with the position for

19 which Ms. Newmark had been hired?

20      A.    No.

21      Q.    Do you recall anything else said

22 during this meeting?

23      A.    No.

24      Q.    I'm going to direct your attention

85

*Pat Orsaia*

1

2    A.    Also in number two, where Carole

3    states "This was a surprise to me, as she has

4    never brought up any work issues until our

5    meeting yesterday," I can't say that that is

6    true.

7    Q.    Go ahead.

8    A.    Once again, her final statement

9    under number two that "She should not have to

10    wait until my evaluation to hear what the work

11    issues are," I don't have firsthand knowledge of

12    what communication happened between Ms. Newmark

13    and her director about the work issues.

14         Number three, where it says, "This

15    statement is tantamount to saying that I am old

16    and am not able to absorb information as well,"

17    I do not recall Cathy Magone saying that during

18    our meeting.

19    Q.    Okay.  Apart from, "This statement

20    is tantamount to saying that I'm old and are not

21    able to absorb information as well," is

22    everything else in paragraph three truthful?

23    A.    The final sentences in three, "Cathy

24    does not know what my capabilities are.  She has

25    not taken the time to learn about who I am and

87

Pat Orsaia

1  tantamount to saying that I'm old and are not

2  able to absorb information as well," that is

3  Carole's opinion. I'm not in a position to state

4  whether or not it's a truth.

5

6            MS. NICAJ:   I'm going to

7        move to object on the basis it's

8        nonresponsive.

9            Can you repeat my last question.

10           (Question read)

11   A.    To the best of my recall, the first

12  two sentences of item number three are accurate.

13   Q.    What else do you recall concerning

14  the meeting?

15   A.    Well, I recall that my impression,

16  as I listened to the dialogue between Carole and

17  Cathy, was that Carole was fixated on Cathy's use

18  of the word "young," that Carole was -- Carole

19  remained visibly angry about Nicole's assignment

20  to the palliative-care project.

21   Q.    What do you recall being said at

22  this meeting?

23   A.    Being said by everyone at the

24  meeting?

25   Q.    Yes.

88

*Pat Orsaia*

1

2      A.    You're asking me to recount the

3  entire meeting again?

4      Q.    Apart from what you have already

5  said; this was the sum and substance of what you

6  recall about this meeting?

7      A.    Yes.

8      Q.    And when -- getting back to

9  paragraph three, the second sentence states,

10  "She --" referring to Ms. Magone, "-- stated that

11  she did say that Nicole was young and could take

12  things in like a sponge."

13              Do you see that?

14      A.    Yes.

15      Q.    That was truthful that Ms. Magone

16  said at that meeting -- that she did say Nicole

17  was young and could take things in like a sponge?

18      A.    Cathy did say she had used the word

19  "young" in her initial discussion with Carole.

20  And I remember her saying that part of what she

21  meant was that Nicole was eager to learn and

22  could take things in like a sponge.

23      Q.    Did Ms. Magone say what is contained

24  in the second sentence of paragraph three?

25              MR. KEIL:    I believe the

89

*Pat Orsaia*

1
2           question is, are those the words, the
3           precise words that Ms. Magone used?
4       Q.    At the meeting.
5       A.    I don't recall that as being an
6  exact quote from Cathy Magone.
7       Q.    Did you ever dispute what
8  Ms. Newmark wrote in the e-mail to you?
9       A.    Dispute in what sense?
10      Q.    Did you relay and say, your
11 recollection of the meeting was inaccurate?
12      A.    No.
13      Q.    Do you recall anything else that was
14 said by Ms. Newmark at this meeting?
15      A.    Not that I recall, no.
16      Q.    Do you recall anything else that was
17 said by Ms. Magone at this meeting?
18      A.    I think that during this meeting,
19 that when Cathy was speaking to Carole about her
20 assignment to the mental-health project, that
21 Cathy made a statement to the effect that
22 regarding the mental-health project, that Carole
23 had not advanced the project or been proactive,
24 or words to that effect, to make any progress on
25 the project, to date.

97

Pat Orsaia

1

2        Q.      And then the third time, there was a

3    meeting with you, Ms. Magone, and Ms. Newmark;

4    right?

5        A.      Yes.

6        Q.      And she, again, communicated her

7    dissatisfaction of the results of it; is that

8    right?

9        A.      Yes.

10       Q.      What did you do after you received

11   what is marked as Plaintiff's 5?

12       A.      After receiving this e-mail, I went

13   back to Cathy Magone and advised her that

14   Carole's concern remained; she was still not

15   accepting of Cathy's explanation and that she had

16   some additional questions.

17       Q.      Did you communicate this in writing

18   or verbally?

19       A.      I think I forwarded Carole's e-mail

20   to Cathy.

21       Q.      Apart from forwarding that e-mail --

22   well, withdrawn.

23              You actually told Ms. Magone all

24   these things about Ms. Newmark's remaining

25   concerns?

98

1                          *Pat Orsaia*

2          A.     I don't recall if I spoke to her and

3    reiterated what was in the e-mail, or forwarded

4    the e-mail so that she could see the detail,

5    herself.

6          Q.     So, when you said you advised her,

7    that is not accurate; is that right?

8          A.     I'm sorry.  Could you rephrase the

9    question?

10          Q.     When you told -- when you previously

11   testified that you advised Cathy Magone of

12   Ms. Newmark's continued concerns, that is not

13   accurate; is that right?

14          A.     Are we talking about subsequent to

15   my receipt of this e-mail dated September 29th?

16          Q.     That's correct.

17          A.     When I say I advised Cathy, what I

18   mean is, I made her aware.  Whether I made her

19   aware verbally, or forwarded Carole's e-mail to

20   her directly, or both, I don't recall

21   specifically.

22          Q.     Did you communicate -- apart from

23   the e-mails, did you communicate, by telephone or

24   in person, with Ms. Magone about Ms. Newmark's

25   continued concerns?

1                      *Pat Orsaia*

2    final meeting with Carole.

3          Q.    Do you recall having any

4    communication with Ms. Magone, as you sit here

5    today, prior to what you term as the final

6    meeting with Ms. Newmark?

7          A.    Yes.  I recall speaking with Cathy

8    about the fact that, in her estimation, Carole

9    was not going to successfully complete her

10   probationary period and that it was her decision,

11   based on the attendance and ongoing performance

12   concerns, to separate employment.

13         Q.    When did you communicate with

14   Ms. Magone concerning that?

15         A.    I don't recall exactly, but it would

16   have been prior to the final meeting, because we

17   would have scheduled a final meeting.  So, I'm

18   sure we had to communicate about when and where

19   we would meet with Carole.

20         Q.    Do you recall what the communication

21   was - was it by telephone, in person, via e-mail,

22   some other form - with Ms. Magone?

23         A.    I don't recall that it was by

24   e-mail.  To my best recall, it was probably a

25   combination of telephone and perhaps brief,

101

Pat Orsaia

one-on-one meeting between Cathy and myself.

Q.    I don't want you to speculate.

Do you recall actually meeting with Ms. Magone to the best of your --

A.    To the best of my recall, we communicated by telephone.

Q.    Prior to what you term as the final meeting with Ms. Newmark, on how many occasions from September 28th - the day in which you met with both Ms. Newmark and Ms. Magone - and that final meeting, did you communicate with Ms. Magone?

A.    I can't say for sure how many times.

Q.    Can you approximate the number?

A.    Approximately two, possibly three.

Q.    Are you including, as a source of communication, the e-mail you forwarded to Ms. Magone, or something else?

A.    No, I was not including that e-mail.

Q.    So, the two to three communications concerned Ms. Newmark's termination; is that right?

A.    Yes.

Q.    How long after that meeting did you

Pat Orsaia

1
2   have the first communication with Ms. Magone?

3        A.    I don't recall the exact date.

4        Q.    What do you recall Ms. Magone

5   saying, in words or substance?

6        A.    I recall going through the detail

7   involving the -- involving Ms. Newmark's

8   attendance.  I recall Cathy providing me with the

9   exact dates of Ms. Newmark's unplanned absences,

10  which were not inclusive of the time off that had

11  been approved for the colonoscopy.  And I recall

12  speaking with Cathy Magone specifically about the

13  performance concerns.

14       Q.    What do you recall her saying about

15  the performance concerns to you?

16       A.    She told me that she had counseled

17  Carole about -- let me back up for a second.  She

18  told me that they had been at -- I believe what

19  they call the length-of-stay meeting that

20  involved Carole and other social work -- members

21  of the social work and case management

22  department. This was, I think, a regular meeting.

23  I'm not sure if it was daily.  My sense is that

24  it was.  And that at that meeting, Cathy came

25  away concerned because, as was the practice at

*Pat Orsaia*

1
2      those meetings, she would ask people about
3      specific cases and progress on specific patient
4      cases.  And that when she asked Carole
5      specifically about her cases, that Carole had not
6      responded in a way that Cathy thought indicated
7      that Carole was familiar with her cases or had
8      made the appropriate progress on them.
9                  I believe Cathy said she -- Cathy
10     happened to have a list of all the patient cases
11     with her.  And when she first asked Carole,
12     Carole could not even provide her with the name
13     of one patient that she was working with.  And
14     Cathy produced the list to Carole and reminded
15     her who the cases were.
16                 And Cathy was very concerned that
17     Carole didn't have at her fingertips the names of
18     the patients whose cases she was actively working
19     on at that point.  And in Cathy's estimation,
20     that was unusual and indicated that Carole was
21     not on top of her responsibilities.
22          Q.    When did this meeting take place?
23                 MR. KEIL:  Which meeting?
24                 MS. NICAJ:  Length-of-stay
25          meeting.

Pat Orsaia

1

2      A.      Cathy told me it had happened

3   earlier in Carole's tenure.

4      Q.      Okay.

5      A.      Sometime over the summer, I think.

6      Q.      Do you recall whether she asked

7   Ms. Magone why she didn't know -- withdrawn.

8              Did Ms. Magone state whether she had

9   asked Ms. Newmark why she didn't know the status

10  of these cases?

11     A.      She didn't state that she had asked

12  Carole directly, in front of that group, why she

13  didn't know the status of the case.

14     Q.      I'm not asking that.

15             I'm asking, did Ms. Magone state

16  that she had asked Ms. Newmark why she didn't

17  know the status of those cases, whether it was in

18  that meeting or sometime after?

19     A.      I'm sorry.  Why Cathy Magone

20  didn't --

21     Q.      Why Ms. Newmark didn't know the

22  status of the cases.

23     A.      She did not.  Ms. Magone did not

24  state that.

25     Q.      Did you inquire as to whether

105

1                          *Pat Orsaia*

2       Ms. Magone had asked?

3              A.    No, I did not inquire.

4              Q.    Apart from this issue concerning a

5       length-of-stay meeting, which was attended by

6       Ms. Magone and Ms. Newmark, did Ms. Magone say

7       anything else with reference to performance?

8              A.    Yes.  She told me that there had

9       been concerns brought by case managers, who were

10      part of the same team as Ms. Newmark, regarding

11      Ms. Newmark's handling of particular patient

12      circumstances.  One involved a patient leaving

13      the hospital without the appropriate clothing.

14      And there were concerns about -- concerns stated

15      by other members of the team directly to Cathy,

16      regarding Ms. Newmark's lack of appropriate

17      responsiveness.

18             Q.    Do you know how many cases

19      Ms. Newmark was responsible for?

20             A.    The only information I have about

21      the number of cases she was responsible for, was

22      I believe -- as I recall, when Ms. Magone was

23      talking to me about her concern -- about her

24      concern about the discussion at the length-of-

25      stay meeting, I recall that Cathy Magone used the

106

1                        Pat Orsaia

2    number, four cases, when she said to me that --

3    and I believe she said it in the regard of, you

4    know, Ms. Newmark only has four cases, or

5    something like that, which, to Ms. Magone,

6    emphasized the fact that she ought to know who

7    those people are.  Ms. Newmark should have known

8    who those people are and be actively engaged and

9    be able to give details as to the progress of

10   those patients.

11                        MS. NICAJ:    Move to strike

12            the nonresponsive --

13                        MR. KEIL:    Object to the

14            motion.

15        Q.    How many cases, to your knowledge,

16   did Ms. Newmark have at the time you and

17   Ms. Magone discussed termination after September

18   28th?

19                        MR. KEIL:    Just to clarify,

20            what was the plaintiff's caseload during

21            that period.

22                        MS. NICAJ:    Yes, absolutely.

23        A.    I would have no way of knowing that.

24        Q.    Apart from the case -- the number of

25   cases that are assigned, what is your knowledge

*Pat Orsaia*

1
2   with respect to what other responsibilities
3   Ms. Newmark had in her position as social worker?
4        A.    I have a general understanding of
5   what the job is of a social worker at Lawrence
6   Hospital Center.  I do not have the specifics of
7   caseload or what their length-of-stay
8   requirements are or -- that is really the
9   leader's responsibility to monitor.
10       Q.    What is your general knowledge as to
11  what the duties and responsibilities of a social
12  worker is at Lawrence Hospital?
13       A.    My general knowledge of the duties
14  of the social worker is to -- is as an integral
15  part of the case management and social work team,
16  is to, in a timely fashion, see to the needs of
17  the patient, including participating in the
18  discharge plan and providing resource and
19  referral information to the patients and their
20  families for care, resources available outside of
21  Lawrence and inside of Lawrence, and basically,
22  have the patient set up for appropriate discharge
23  plan and care post-discharge.
24       Q.    Did you ever see any written
25  guidelines as to what the responsibilities of the

108

1                          Pat Orsaia

2    social worker were at Lawrence?

3         A.    In my tenure at Lawrence, I had

4    occasion to review many of the job descriptions.

5    It's entirely possible that I had read the job

6    description of the social worker.  I may have

7    also seen the job posting for whenever we had a

8    vacancy of social worker, which would have given

9    some information about the role and

10   responsibilities.

11        Q.    Going back to your first

12   communication with Ms. Magone, concerning --

13   after September 28th, concerning Ms. Newmark,

14   what, if anything else, did Ms. Magone relate to

15   you with respect to Ms. Newmark?

16        A.    Ms. Magone pointed out to me that at

17   that time, she had become aware that Ms. Newmark

18   had failed to bring her up to speed regarding

19   some communication from -- I believe it was from

20   an RN, who was also assigned to the mental-health

21   project that Ms. Newmark was responsible for.

22   Ms. Magone expressed that as a concern, because

23   she had been prompting Ms. Newmark to say, what

24   progress have you made on this project, and was

25   disappointed that there was no progress that

109

*Pat Orsaia*

1

2    Ms. Newmark could refer to.

3         Q.    What was the project?

4         A.    The mental-health project that

5    Ms. Newmark was assigned to.

6         Q.    Do you know when she was assigned to

7    that project?  Did Ms. Magone tell you?

8         A.    I don't know the exact date.  I

9    believe there was a training that Ms. Newmark and

10   one of the registered nurses attended.  I don't

11   know the exact date of it.

12        Q.    Did you seek to ascertain when that

13   training was held?

14        A.    I recall asking Ms. Magone if enough

15   time had elapsed from the time that Ms. Newmark

16   was assigned to the mental-health project, to the

17   time we were speaking, that she would have

18   expected some progress to be documented.

19              And she said, yes, it had been -- I

20   don't recall exactly what she said, but it had

21   been at least several weeks.

22        Q.    What does "enough time" mean?  What

23   do you mean by "enough time"?

24              MR. KEIL:  Objection as to

25         form.  Rephrase.

Pat Orsaia

1  
2    about mental health?

3         A.    No.

4         Q.    Any other concerns that Ms. Magone

5    raised to you?

6         A.    Ms. Magone said that she felt that

7    Carole had not adjusted -- or maybe wasn't suited

8    to the case-management model that was used at

9    Lawrence Hospital Center, that we had a

10   discussion about Carole's having come from a very

11   different work environment. Just prior to working

12   at Lawrence, she had been, I believe, in an

13   outpatient behavioral-health or mental-health

14   setting.  And Cathy and I talked about the

15   differences between the daily work

16   responsibilities in that setting, versus an

17   inpatient, acute-care setting, as it relates to

18   the goals of the department length-of-stay

19   requirements, the insurance consideration for

20   someone's discharge plan, et cetera.

21              We talked about some business

22   criteria for success in the role of social work.

23   And Cathy told me that she really did not feel

24   that Carole had demonstrated that she was either

25   willing to, or capable of being successful, given