# EXHIBIT 4

                        MAURA DEL BENE

1  that you do not understand?

3      A.    No.

4      Q.    Okay.  You're employed?

5      A.    Yes, I am.

6      Q.    By whom are you employed?

7      A.    Lawrence Hospital Center.

8      Q.    In what capacity?

9      A.    I'm the nurse practitioner to the

10  palliative care service.

11      Q.    When did you commence employment at

12  Lawrence?

13      A.    May of '06.

14      Q.    And apart from your being the nurse

15  practitioner at the palliative care service, do you

16  have any duties and responsibilities at Lawrence?

17      A.    Could you ask that again?

18      Q.    Apart from your duties at this service,

19  do you have any other duties?

20      A.    No, that is my prime responsibility to

21  the hospital.

22      Q.    Is that a full-time position?

23      A.    Yes, it is.

24      Q.    Are there any other employees that are

25  assigned to palliative care service?

MAURA DEL BENE

1

2    that she was a senior social worker in her

3    experience.

4         Q.    What was her experience, to your

5    knowledge?

6         A.    I believe that she had worked at

7    Phelps, and I knew that she had worked at Lawrence

8    Hospital once before.

9         Q.    And how did you know that?

10        A.    I think from discussions with her.

11        Q.    Did you have an understanding that she

12   had an interest in participating in the palliative

13   care service?

14        A.    Yes.

15        Q.    And who advised you of that interest?

16        A.    That was -- came up in conversation

17   between Carole and I.

18        Q.    What, in words or substance, did she

19   say to you and what, if anything, did you say to

20   her?

21        A.    Can you repeat that again?

22        Q.    What did she say to you in terms of

23   that interest?

24        A.    I think we had discussions that she

25   had, you know, wanted and had an interest in being

MAURA DEL BENE

1

2  part of the palliative care service.  She had been

3  told, I think by the prior social worker, Denise

4  Galloway, that she was, you know, the person to

5  fulfill that role.  We had talked extensively about

6  things that she could do to be more involved in the

7  service.  It wasn't my responsibility to name the

8  social worker; that was an administrative

9  decision -- but -- between department heads.

10      But I know we extensively talked about

11  the things that Carole could do to participate and

12  be active in the palliative care service during its

13  early inception and formation.  And that was the

14  conversations and through e-mail.

15      Q.   And what, if anything, was done in that

16  connection, to your knowledge?

17          MR. KEIL:  Objection as to

18      the form.

19      Q.   -- for her to actively participate in

20  the palliative care service?

21      A.   Are you asking how she -- what things

22  Carole did to be more active in the palliative care

23  service?

24      Q.   What did you request and what, if

25  anything, did she do?

MAURA DEL BENE

1

2      A.    I think we had talked about policy

3  development for bereavement.  We had talked about

4  enrollment in social work, networking for palliative

5  care that Beth Israel had.  There were other

6  associations and informational websites that I had

7  encouraged her to look at.  And a form for -- I

8  don't know if it was with both of them or maybe just

9  Nicole and/or Carole, I'm not sure -- but talking

10  about a social worker evaluation form to formalize

11  the social worker, you know, role on the

12  interdisciplinary team, those kind of things.

13      Q.    Was there any guidelines as to, you

14  know, when things would be -- would have to be

15  formed by?  In other words -- I will withdraw the

16  question.  Were -- was there any understanding as to

17  when the palliative care service would be up and

18  running?

19      A.    Well, it was up and running.  I mean,

20  we had a start-up time of a few weeks to get me

21  acclimated to Lawrence Hospital.  But the service

22  started very quickly thereafter with consultations,

23  educational forums for nurses, and quickly

24  in-service the, you know, different departments in

25  the hospital, as well as started patient

MAURA DEL BENE

1

2      Q.    Which hospital was this?

3      A.    Oh, I don't remember the name of the

4  hospital, unfortunately.

5      Q.    Okay.

6      A.    It will come to me.  I just --

7      Q.    Who went to Columbus, Ohio for this

8  training?

9      A.    RoseAnn O'Hare, Dr. Page, Susan

10  Shepp -- she is our finance person -- myself and

11  Nicole Serra.

12      Q.    Did there come a time that there were

13  any communications concerning the appointment of a

14  social worker for the palliative care service while

15  Ms. Newmark was employed there?

16                  MR. KEIL:  Objection as to

17          the form.  Can you just read it back?

18      Q.  -  Withdrawn.  Did there come a time that

19  there were any communications by your -- that were

20  held, in your presence, concerning appointing a

21  social worker to the palliative care service?

22      A.    Yes.

23      Q.    Okay.  With whom?

24      A.    I had those discussions with Cathy

25  Magone at her request, RoseAnn O'Hare, and I think,

1                    MAURA DEL BENE
2    generally, with Carole.
3         Q.    On how many occasions, if you recall,
4    did you engage in communications with Ms. Magone
5    concerning appointing the social worker to the
6    service?
7         A.    To the best of my recollection, once or
8    twice.  Formally discussed, yeah.
9         Q.    By the way, it's whether it's formally
10   or not; it doesn't have to be a formal
11   communication.
12        A.    Once or twice, to the best of my
13   knowledge.
14        Q.    Okay.  And with RoseAnn O'Hare?
15        A.    Again, once or twice.
16        Q:    With Ms. Newmark?
17        A.    I think we had multiple discussions
18   about her interest, and the things that she could do
19   to be a part of the palliative care service before
20   the identification of the social worker.  So I can't
21   count how many.
22        Q.    Did you ever communicate with Cathy
23   Magone and RoseAnn O'Hare at a meeting with all
24   three of you concerning --
25        A.    No, they were separate.

MAURA DEL BENE

2  concerning your opinion as to who should be

3  appointed to social -- as a social worker to the

4  palliative care unit?

5       A.    In my first consultation, no, because I

6  was -- it was shortly after being hired.

7       Q.    Okay.  And then you indicated that you

8  spoke to Ms. O'Hare another time --

9       A.    Uh-huh.

10      Q.    -- closer to the trip to Ohio?

11      A.    Yes.

12      Q.    Is that right?

13      A.    Yes.

14      Q.    And at which point was -- withdrawn.

15  What did you and she communicate about?

16      A.    She asked me what, at this point --

17  based on experience and interactions -- between the

18  two social workers, which person I thought was a

19  better candidate.

20      Q.    And what, if anything, did you say?

21      A.    I shared with her my experiences in

22  conversations and e-mail with Carole and Nicole, and

23  that I felt that Nicole was a better candidate

24  because of her enthusiasm and response to her

25  interactions.

MAURA· DEL BENE

1

2  Q.    Did she say anything -- withdrawn.  Did

3  you say anything else to you?

4                    MR. KEIL:  Objection as to

5      the form.

6                    MS. NICAJ:  Withdrawn.

7  Q.    Did she say anything else to her?

8  A.    Related to that issue?

9  Q.    Related to that issue.

10  A.    Other than it was something that she

11  and Cathy Magone were going to have to confer on,

12  no, nothing specific that I can recall.

13  Q.    Did you communicate, prior to this

14  communication with Ms. O'Hare, with Ms. Newmark

15  about your concerns?

16  A.    Can you ask that again?

17  Q.    Did you communicate with Ms. Newmark,

18  prior to this interaction with Ms. O'Hare, about

19  your concerns as to who would be a better candidate?

20  A.    No, I don't think it ever came up in

21  direct discussion with Carole.  And I think she had

22  stated that she felt she was the incumbent, as well

23  as her interest, but there was never a direct

24  discussion that I recall between Carole and I

25  regarding that.

MAURA DEL BENE

1

2  how -- that she -- that, I know I had made

3  recommendations to Carole about doing certain things

4  to formalize, you know, social roles within the

5  institution to help lay the groundwork for better

6  evolving and definition of their role -- a social

7  worker's role -- in the palliative care service.

8  But I don't recall her sharing with me or Cathy

9  Magone, I don't remember that part coming up --

10      Q.    Did she ever --

11      A.    -- any specifics.

12      Q.    Did she ever -- did Carole Newmark

13  advise you, in words or substance, that she had

14  spoken to Cathy Magone about the fact that she would

15  eventually be appointed as a social worker to the

16  palliative care unit?

17      A.    I don't recall a specific conversation

18  about that.

19      Q.    Do you recall the substance of any such

20  communications about that?

21      A.    I recall Carole speaking with me, but I

22  don't recall her reporting that she had had a

23  conversation with Cathy Magone about her interest.

24  I just remember her talking directly about --

25  Carole -- about her interest.

MAURA· DEL BENE

Q.     You indicated that there were -- one of
the reasons that you were recommending Nicole --
withdrawn.  Whose ultimate decision was it to
appoint Nicole Serra to the palliative care?

A.     Cathy Magone.

Q.     Okay.  And you indicated that you
recommended Ms. Serra because of what?

A.     Because of her response to different
discussions regarding this service, recommendations
for investigating resources, making referrals to the
service she had made, and interacted with several of
the patients that I had seen for the service, which
was not the situation with Carole.

We had very few referrals and shared
cases together.  Nicole and I had had an experience
base of working on patient cases together from the
service perspective.  And her enthusiasm with the
program, and her positivism.  This is a new program
that needed to be represented well; she was very
positive.

Q.     And what did you find with respect to
Ms. Newmark about the program?

MR. KEIL:  Objection to the
form.

MAURA DEL BENE

1

2    Q.    Withdrawn.  She wanted also to be

3    involved in the program; is that correct?

4    A.    You're saying "she"; Carole?

5    Q.    Carole Newmark?

6    A.    Yes.  She wanted to be involved in the

7    program.

8    Q.    And did you take that as a positive

9    aspect of --

10    A.    Absolutely.

11    Q.    You indicated that you also

12    communicated with Cathy Magone once or twice

13    concerning the appointment of the social worker --

14    A.    Yes.

15    Q.    -- to the palliative care service?

16    A.    Yes.

17    Q.    When was the first occasion?

18    A.    I think it was close to the

19    September --

20    Q.    September -- close to the September --

21    A.    September time frame.

22    Q.    Okay.  And when was the second

23    occasion?

24    A.    Probably shortly thereafter.

25    Q.    What do you mean "shortly thereafter"?

MAURA DEL BENE

1

2      A.      Probably within a week of each other,

3    the communications.

4      Q.      Okay.  What was your first

5    communication with Ms. Magone?

6      A.      To the best of my recollection, she

7    asked me if -- she wanted to identify that she was

8    in the process of making this decision.  She wanted

9    some input as to my experience thus far with the

10   social workers.  She identified that she had -- she

11   was leaning in a direction because of the

12   distribution of projects and efforts from her

13   departmental perspective.  Carole was given a mental

14   health disaster -- I think that's what it was

15   called -- project that she felt was not being

16   attended to.  And that adding another piece to that

17   was going to not allow her to fulfill that

18   obligation.

19             She asked me what my thoughts were.  I

20   told her what RoseAnn O'Hare and I had discussed, as

21   my direct supervisor, and my experiences thus far

22   with -- although Carole stated her interest, she did

23   not respond to many of the e-mail requests or

24   project, you know, offerings.

25      Q.      Who did she identify as the person she

MAURA DEL BENE

1

2   was leaning toward?

3       A.    I think, at that point, I inferred that

4   she was leaning toward Nicole, because of the mental

5   health project that Carole was assigned to and she

6   felt needed to be attended to.

7       Q.    Anything else?

8       A.    Not that I can recall.

9       Q.    Did she advise -- did Miss Magone

10  advise you, in words or substance, what Ms.

11  Newmark's performance was -- what the level of her

12  performance was?

13      A.    May I ask a question?  Do you mean

14  generally what her performance was?

15      Q.    Generally?

16      A.    No, I think she only spoke in relation

17  to her obligation to the mental health disaster plan

18  and lack thereof.  And she felt that would be --

19  that was the only inference that she wasn't

20  participating and following up on that assigned

21  project.  And therefore, it would be best for her

22  not to have a second project possibly.  In addition,

23  to her feeling that Nicole was a better candidate

24  because of some of the input that I had offered

25  through RoseAnn.

MAURA DEL BENE

1

2      Q.    When was your second communication --

3  withdrawn.  Was there anything else said by you or

4  her during this first communication with her?

5      A.    No, not that I can recall.

6      Q.    When was the second communication?

7      A.    Probably within a couple days or a

8  week.

9      Q.    Where were you and where was she?

10     A.    To the best of my recollection, we were

11  on the sixth floor in her office, her old office.

12     Q.    Was this a prearranged meeting?

13     A.    No, spontaneous, actually.

14     Q.    What, in words or substance, did she

15  say?

16     A.    Excuse me?

17     Q.    What, in words or substance, did she

18  say?

19     A.    What, in words of substance, I'm sorry?

20     Q.    -- words or substance did she say?

21     A.    In asking me for the meeting or --

22     Q.    No.

23     A.    -- just in general?

24     Q.    At the meeting.

25     A.    She said that she was -- under -- she

MAURA DEL BENE

1

2  was in the process of considering which social

3  worker would be appropriate to assign to the

4  palliative care service.  She shared that she was

5  leaning toward Nicole because of the mental health

6  disaster project outstanding for Carole.  She too

7  agreed that Nicole was more positive in her efforts.

8  Carole did not show enthusiasm in participation from

9  a disciplinary perspective thus far in the service.

10  And that her general -- that, generally, it may not

11  be in the best interest of the service to not have a

12  positive participating individual.

13          Q.    This is what she said?

14          A.    That was the essence of our discussion.

15          Q.    What did she say?  I'm concerned at

16  this junction what she said, not what the essence of

17  it -- of both of your collective statements, because

18  I'm going to get to what you said during these

19  meetings.  I'm interested in what she said.

20          A.    Well, it was an exchange of

21  conversations in which she shared with me the mental

22  health disaster project.  She shared with me that

23  she was leaning toward Nicole.  She agreed with some

24  points that I had made through RoseAnn O'Hare about

25  positivism participation, but I don't recall

MAURA DEL BENE

1  verbatim what she said.

2        Q.    What, in words or substance, did she

3  say?

4        A.    I just shared that with you.

5        Q.    What did you say?

6        A.    What did I say?

7        Q.    Yes.

8        A.    I said that ultimately it was an

9  unfortunate situation.  I said it was a decision

10  that she and RoseAnn were in the position to make.

11  I contributed my input in terms of what I felt thus

12  far, different attributes that would be of benefit

13  to the service.  I offered the different attributes

14  that I felt would be of benefit to the service.

15  Would you like me to share those?

16        Q.    Of course.

17        A.    I felt that Nicole was more engaging,

18  enthusiastic and positive, in both her patient care

19  referrals, her verbal communications and e-mail

20  communications.  Whereas Carole was generally

21  negative, less responsive and not interactive

22  regarding patient care activities.

23        Q.    Anything else?

24        A.    No, I don't think so.

MAURA DEL BENE

1

2      Q.    Did you ever share what you observed

3  about Ms. Newmark with Ms. Newmark?

4      A.    Directly, no.  I don't think she ever

5  asked me, nor did I offer that.

6      Q.    Okay.  Did there come a time you

7  learned that Ms. Newmark had expressed concern that

8  Ms. Magone made age-related comments in connection

9  with Nicole Serra's appointment to the palliative

10  care service?

11      A.    I don't know if it was in relation to

12  the palliative care service.  I know there was a

13  concern about a general ageism statement from

14  Carole.

15      Q.    How did you learn of that?

16      A.    I think it was either through --

17  through Carole or Nicole.  I think Cathy had said

18  something to the relation of she is younger, but I

19  don't -- I mean that was the best that I can recall.

20      Q.    Did you ever recall communicating with

21  Ms. Magone about any meetings she had with either

22  Carole Newmark or Human Resources in which Ms.

23  Newmark made a complaint about her?

24      A.    I knew that -- yes, I knew that Carole

25  had made a complaint.  I think that was from Carole,

MAURA DEL BENE

1

2     maybe one day in rounds or something in the ICU, I

3     think Carole made a mention that she was making a

4     complaint.

5          Q.    What, if anything, did you ever

6     communicate with Ms. Magone about the fact that Ms.

7     Newmark had complained about her?

8          A.    I don't think I ever communicated with

9     Ms. Magone about that directly, no.

10         Q.    Did you ever communicate with her

11    indirectly about it?

12         A.    I think we're all aware that -- of

13    what's going on now.  So there is a general, you

14    know, understanding of that.  And -- but in terms of

15    specific conversations at the time, I can't recall

16    what communications Cathy Magone --

17         Q.    Now, you indicated that Ms. Newmark was

18    generally negative.  What do you mean by that?

19         A.    She wasn't happy in her position.  She

20    made that very clear verbally and non-verbally.

21         Q.    What did she say?

22         A.    I can't remember her exact words, but

23    she was very verbal in her discontent with case

24    management leadership, the department structure,

25    utilization of social work or lack thereof,

MAURA DEL BENE

1

2  appropriate utilization of social work.  And just

3  her double of expressed -- I mean, she was very free

4  in her frustration with all of those things.

5      Q.    So she expressed her concerns about

6  these areas to you?

7      A.    Directly to me and generally in public,

8  in rounds, and different things.

9      Q.    You were present when she generally

10  expressed her communications -- her concerns about

11  this?

12      A.    Yeah, there are times when she would,

13  you know, breathe heavily and sigh, make gestures,

14  you know, she was very emphatic in her gum-chewing

15  when she was upset, things like that.

16      Q.    She was emphatic in her gum-chewing?

17      A.    Uh-huh.

18      Q.    Is that a yes?

19      A.    Yes.

20      Q.    Where would she be emphatic with her

21  gum-chewing?

22      A.    In rounds, interdisciplinary rounds.

23      Q.    And you were present when she was

24  emphatic in her gum-chewing in interdisciplinary

25  rounds?

MAURA DEL BENE

1

2      A.     Yes.

3      Q.     Now, so she participated in palliative

4  care service?

5      A.     No, the interdisciplinary rounds are a

6  hospital-wide experience that happens on each unit

7  where different people come; social work, physical

8  therapy, nursing.  These are rounds that happen in

9  the ICU and in the different nursing units.

10     Q.     So when she expressed her concern about

11 the case management model, what did she say with

12 respect to the issue?

13     A.     She would be very verbal about her

14 discontent with Cathy Magone's leadership, with the

15 infrastructure case management, with the role or

16 lack thereof definition of social work within the

17 case management system.  That there was not an

18 understanding of how social workers performed their

19 duties, and that there was a level of -- I don't

20 want to say disorganization -- but a level of

21 discontent with -- with she and Nicole's role within

22 case management.

23     Q.     Did Nicole Serra ever express those

24 same concerns to you?

25     A.     I think Nicole had concerns about the

1
2  social work.

3       Q.    Did she express those concerns to you;

4  yes or no?

5       A.    She expressed similar concerns, yes.

6       Q.    Okay.  Did you ever express any

7  concerns to Ms. Newmark about what you observed in

8  Cathy Magone's interaction with other employees?

9       A.    I can't think of specifics.  I know we

10  discussed Cathy Magone's leadership style.

11       Q.    Did you ever express any concerns about

12  Cathy Magone's leadership style to Ms. Newmark?

13       A.    I'm sure we discussed the fact that it

14  was less than optimal at times.

15       Q.    Did you express those concerns, not

16  "we."  Did you ever express concerns about Ms.

17  Magone's leadership style?

18       A.    I think I may have, yes.  I probably

19  did in the context of our discussion, yes.

20       Q.    And what were those concerns,

21  specifically?

22       A.    I don't remember specific concerns,

23  other than there were strategies and things that

24  Nicole and Carole could do to improve their position

25  within the case management department, given Cathy's

MAURA DEL BENE

1

2  lack of understanding of social work role, and how

3  they could advocate for themselves in more of a

4  formal way.  And I remember having that discussion

5  with Carole in the Chinese Restaurant.  One day we

6  had lunch together and talked about that.  So I know

7  we did -- we talked about the leadership challenges.

8  And I did speak specifically to Annette and

9  encouraged her to do certain things to maybe pave

10  the way for the social workers, which would then

11  pave the better way for their involvement in the

12  palliative care service.

13      Q.  Did you ever express any concerns to

14  Ms. Newmark, based on any observations that you had,

15  with Ms. Magone's interaction with other employees?

16      A.    Not that I can -- I think you're asking

17  me for specific circumstance.

18      Q.    I'm asking, did you ever express any

19  concern, based on your personal observations, of Ms.

20  Magone's interaction with other employees?

21      A.    I don't think I ever experienced Ms.

22  Magone personally with other employees.  I think I

23  could comment on things that were described to me

24  and my own experience with Ms. Magone, but I don't

25  think I've ever seen her interact with other

MAURA DEL BENE

1

2    employees.

3        Q.    What was your own experience with Ms.

4    Magone?

5        A.    Mine were positive.  I personally

6    didn't have challenges with her leadership.  She

7    wasn't my supervisor.  I didn't report to her in

8    that way.  It wasn't that kind of a relationship.

9        Q.    Apart from Ms. Newmark, did anyone ever

10   express their concerns about Ms. Magone to you?

11       A.    I think Nicole did.

12       Q.    She did.  And what, in words or

13   substance, did Nicole say to you about Ms. Magone?

14       A.    I think generically her lack of

15   understanding about the social work role and

16   utilization of such within the case management

17   department.

18       Q.    Okay.  And those were similar concerns

19   that Ms. Newmark expressed?

20       A.    Uh-huh.

21       Q.    Is that a yes?

22       A.    Yes, sorry.

23       Q.    That's okay.  It's okay, everyone does

24   it.

25       A.    I'm a nodder.

MAURA DEL BENE

1
2  understanding my bad attitude last week."  Close

3  quotes.  Do you see that?

4       A.    Yes, I do.

5       Q.    Do you recall what that was in

6  reference to?

7       A.    No, I don't.

8       Q.    Okay.  Do you know whether you ever

9  documented Ms. Serra's bad attitude?

10      A.    It wasn't my position to do so.

11      Q.    Do you know what the circumstances were

12  for the bad attitude?

13      A.    No.

14      Q.    Do you know whether you were present

15  when she exhibited bad attitude?

16      A.    From reading the e-mail, I must've

17  been.  But I don't recall it.

18      Q.    Okay.  I'm going to direct your

19  attention further up.  It appears to be an e-mail

20  from you to Ms. Serra.  Do you see that?

21      A.    Yes.

22      Q.    It reads, quote, "You have good energy

23  and enthusiasm in your work here -- dash -- don't

24  let one slip-up cloud the picture of your real

25  spirit."  Do you see that?

MAURA DEL BENE

1

2      A.    Yes, I do.

3      Q.    What were you referring to?

4      A.    I don't remember exactly.  It was

5 obviously something related to the bad attitude

6 reference that she made below.

7      Q.    Okay.  Did there come a time that Ms.

8 Newmark communicated to you the decision that had

9 been made concerning Ms. Serra's appointment?

10     A.    I don't ever recall ever discussing it

11 directly with Carole actually.

12     Q.    Okay.  Did she ever advise you, in

13 words or substance, that she had no hard feelings

14 about the issue of Ms. Serra's appointment to you?

15     A.    I don't remember a direct conversation.

16 But I do not remember any hard feelings after the

17 naming of Nicole.

18     Q.    Do you call your relationship with her;

19 was it cordial before the naming of Nicole Serra to

20 the palliative --

21     A.    Cordial throughout her employment, yes.

22     Q.    And even after?

23     A.    Yes.

24     Q.    Okay.  Directing your attention to the

25 very first e-mail of that, of Exhibit 26?

MAURA DEL BENE

1

A.      Here?

Q.      No, top page, first page?

MR. KEIL:  July 28th, 1:38

p.m.?

MS. NICAJ:  That's correct.

Q.      Do you know what this e-mail refers to?
In -- part of the e-mail reads, quote, "It is often
hard to work in this environment when you don't know
who you can trust."  Close quote.

A.      Can you ask your question again?

Q.      Do you know what this was referring to?
This is an e-mail Nicole Serra sent to you, quote,
"It is often hard to work in this environment when
you don't know who you can trust."  Close quotes.

A.      I think she was referring to within the
case management department.

Q.      What about within the case management
department?

A.      I think the interactions and exchanges
that occur amongst the nurse case managers and
social workers and department in general.

Q.      Did you consider this a negative
attitude on her part?

A.      No.  I found it to be very positive,

MAURA DEL BENE

2  amidst the distress that she expressed.

3     Q.    What distress are you referring to?

4     A.    "It's often hard to work in this

5  environment when you don't know who you can trust."

6  I mean, that's a distressing statement to say.

7     Q.    And it's positive, in your view?

8     A.    But I think she was positive in that,

9  you know, "I'm glad you're part of the team, let me

10  know what I can do for you on the cases."  You know,

11  I consider that supportive and also personal and

12  professionally.  I mean, she was always very

13  positive in her turn-around of a situation, trying

14  to improve -- Yes, there are challenges, but let's

15  keep moving forward, how can we continue to work

16  together and do different things.

17     Q.    You weren't part of the case management

18  team; were you?

19     A.    No.

20     Q.    So when you understood she was

21  expressing her concern about the case management

22  team --

23     A.    Uh-huh.

24     Q.    -- and you later used the supportive --

25  she was talking about you in supportive terms; isn't

1                          MAURA DEL BENE

2      that right?

3          A.    Yes.

4          Q.    She wasn't referring to the case

5      management team in supportive terms; was she?

6          A.    No.  I think she was referring to my

7      presence --

8          Q.    Okay.

9          A.    -- in the hospital and interfacing with

10     her.

11         Q.    Okay.  On how many occasions did Nicole

12     Serra express her concern to you about the case

13     management team?

14         A.    I can't quantify that.  I would say on

15     several occasions.

16         Q.    Okay.  And on how many occasions did

17     Ms. Newmark express her concern to you about the

18     case management team?

19         A.    On many occasions, several occasions.

20         Q.    Many or several?

21         A.    Several.

22         Q.    Okay.  Do you recall each instance in

23     which Ms. Serra expressed her concern about the case

24     management team?

25         A.    Not each instance.

MAURA DEL BENE

1

2    Q.    And what about Ms. Newmark?

3    A.    Not each instance.

4    Q.    Okay.  Did Ms. Newmark, as a social

5    worker, ever interact with you in connection with

6    your responsibilities at the palliative care

7    service?  In other words, did she ever have any

8    interaction with patients that -- that you would

9    have been responsible for?

10    A.    Very infrequently.  I recall one

11    patient that we crossed over on.

12    Q.    Do you recall what the circumstances

13    were?

14    A.    It was a situation, I think, in which

15    the patient or family were considering hospice or

16    placement in a hospice-like facility for the

17    individual.  It was late in the afternoon, early

18    end-of-day time, Carole had already met with the

19    family, identified their interest in that piece, and

20    passed over the case to me, which I accepted.

21    Q.    Were you satisfied with her work on

22    that particular project?

23    A.    I think I would have been more

24    satisfied had she shown participation in the

25    palliative care piece within the discussion with the

MAURA DEL BENE

family and done a joint family meeting; that's what
I had expected, but that didn't occur.

Q.    Did she tell you why?

A.    No, she did not.

Q.    Did you ask her to participate in the
joint meeting with the family?

A.    No, I did not specifically ask, though
it was a natural evolution from which occurs --
well, had occurred in past.  So I sort of expected
when she said, I have this family, they would like
to talk about hospice, and end of life issues, and
she expressed her interest in palliative care, it
would've been a natural fit to have a sit-down
together with the family since she had started the
conversation with them.  And then I was coming in
formally for the palliative care service, for us to
sit down and do that together, it would be a good
chance for us to work together and see our fit.

Q.    Did you invite her to do so?

A.    I don't recall inviting her to do so,
no.  I clearly read that she was handing the case
over to me and she was leaving.

Q.    Do you know whether that -- that
patient was the only patient that she had that day?

MAURA DEL BENE

2  not privy to what the time frames were.

3      Q.    Do you know whether it was completed on

4  or after Ms. Newmark left?

5      A.    I don't know if it ever has been

6  completed.  I'm not privy to that information.

7      Q.    Apart from your interactions with Ms.

8  Newmark on that one occasion with the patient --

9      A.    Uh-huh, yes.

10      Q.    -- did you have any other interactions

11  with her in her capacity as a social worker in the

12  palliative care service?

13      A.    Could you rephrase the question?

14      Q.    Sure.  You indicated that you just

15  recall one interaction with Ms. Newmark relating to

16  the patient --

17      A.    Uh-huh.

18      Q.    -- and palliative care; is that

19  correct?

20      A.    Yes.

21      Q.    Do you recall any other instances in

22  which you interacted with Ms. Newmark on a patient

23  involving palliative care?

24      A.    No, I do not.

25      Q.    Okay.  I think I'm winding down.  I