**EXHIBIT 7**

**Bronxville, NY**

# Criteria Based Job Description and Performance Evaluation

(Check One)
[x] Probationary Period
[ ] Annual
[ ] Special review for purpose of:

Name: Carole Newmark
Department: Quality and Case Management
Evaluation Period: (Month / Year) 10/06

Date of Hire: 3-20-06
Supervisor – Catherine Magone

## I. Job Title / Job Summary: Senior Social Worker

Provides supervision to Social Work staff. Provides care coordination services across the continuum including identification of patients at risk or in need of services, assessments, education and plan development. Implements and coordinates services needed at discharge. Provides counseling and clinical interventions toward helping patients achieve their optimal level of health.

## II. Evaluations:

Evaluations must be completed by the supervisor/manager and discussed with the employee at the completion of the training period as well as annually thereafter. The employee is encouraged to comment on his/her evaluation and participate in the development of a work improvement plan. Employees should be given a copy of their evaluation.

## III. Position Accountability / Performance Criteria:

Performance is evaluated in terms of the level of achievement by the individual for each measure. The following scale is used:

**Exceeds Expectations: (EE)**  Performance is continually and consistently above job requirements.

**Meets Expectations: (ME)**  Performance is aligned with the job requirements.

**Needs Improvement: (NI)**  Performance is below the job requirements.

Pl's Ex. ?
Magone

| | Exceeds Expectations |
|---|---|
| **Core Value: Respect** — Treating patients, customers and those with whom we come in contact with compassion, demonstrating a high regard for the dignity and worth of each person. | |
| Consider the following behaviors when evaluating the core value of Respect: | Needs Improvement |
| Promotes a professional atmosphere through courteous communication. | |
| Responds to customer concerns as soon as possible with compassion and understanding. | |
| Observes and respects the privacy and confidentiality of medical and non-medical information. | |
| Contributes towards maintaining a safe, comfortable environment for patients, visitors and staff. | |
| Exhibits good interpersonal skills, including a positive approach with people and tasks. | |
| Comments: Carole's peers in the department perceive her as negative and unapproachable and several have complained that she is difficult to work with. She becomes defensive when challenged regarding her cases. | |
| Core Value: Respect - Rating (EE, ME, or NI) → | NI |

| **Core Value: Quality** — (illegible) | |
|---|---|
| Consider the following behaviors when evaluating the core value of Quality: | |
| Efficiently uses work time for maximum productivity, meets deadlines and when assigned work is completed, anticipates and prepares for future assignments. | |
| Maintains/develops professional competence through required in-service and educational programs. Demonstrates ability to work independently in the absence of supervision. | |
| Attends/participates in unit/departmental staff meetings and reviews/signs minutes of all meetings not attended (as required). | |
| Demonstrates interest in maintaining awareness in new developments in area of specialty. Participates in departmental performance improvement. Demonstrates follow through on assignments and instructions. Maintains a safe, uncluttered environment and follows all safe work practices. | |
| COMMENTS: | |
| Carole frequently complains that she is overwhelmed even with a small caseload. She has not taken any initiative in working on the Mental Health Disaster Program, although the training took place months ago. | |
| Core Value: Quality - Rating (EE, ME, or NI) → | NI |

| **Core Value: Integrity** — (illegible) | |
|---|---|
| Consider the following behaviors when evaluating the core value of Integrity: | |
| Demonstrates support of the organization's mission, vision and core values. | |
| Complies with all policies and procedures. | |
| Completes all tasks thoroughly and honestly. | |
| Refrains from negative comments about others and the organization. | |
| Resolves any personal or management issues with appropriate parties and does not involve others. | |
| Reports for duty punctually and uses break time and time away from work appropriately. | |
| COMMENTS: | ME |
| Core Value: Integrity - Rating (EE, ME, or NI) → | |

**Core Value: Teamwork**

Consider the following behaviors when evaluating the core value of Teamwork:

Approaches relationships to foster a productive and supportive environment.

Demonstrates ability to work well with coworkers and exhibits enthusiastic cooperation.

Uses expertise to support others.

Accepts personal responsibility and feedback.

Accepts assignments and suggestions willingly and embraces change.

COMMENTS: Noted for her value of teamwork.

Carole's coworkers have complained that she is difficult to work with and does not respond timely when asked for assistance. Eg PRI screening

| | NI |
|---|---|

Core Value: Teamwork - Rating (EE, ME, or NI) →

---

Consider the following behaviors when evaluating the Service Excellence Standards:

Anticipate customer needs and assist before asked, smile and make eye contact, be pleasant in all interactions, respond to requests promptly and efficiently, avoid loud laughter and noise, no use of profanity, escort to destinations, inform customers about delays in service, provide a comfortable atmosphere.

Practice telephone courtesy, ask permission before using speakerphone, identify yourself to caller by providing name and department, use Good Morning – Good Afternoon – Good Evening, ask and wait for reply before placing caller on hold, use hold button, take complete messages and repeat information to verify, provide name and number before transferring a call, apologize if you reach a wrong number, record an appropriate voice mail greeting including name, department and availability details.

Handle each situation with care, respond in a way that ensures respect, knock or announce yourself before entering patient areas, pull curtains and close doors for privacy, provide a proper sized gown/robe and covering during transport, give patients the option of having visitors leave the room while providing care, always speak English while performing duties.

Follow HIPAA guidelines regarding patient confidentiality, communicate with customers in private areas, observe personal appearance departmental uniform policies, stay informed about our services, resources, policies and procedures, do not make negative comments or discuss work-related concerns in public, take every opportunity to speak positively about the LHC family, communicate with other departments with respect, cooperation and consideration of each other's priorities.

Be available to hear and respond to customer's concerns, offer an apology for the lapse in service, assure customers that you understand and care, help solve the problem with information and guidance, assure a timely response and then follow-up, use the LHC Service Recovery Program, and refer appropriate concerns to leadership and the Patient Advocate.

Follows department specific Service Excellence Standards.
Comments: Carole does not always respond to patient's needs in a timely manner. She is not proactive in troubleshooting difficult cases. Eg Medicaid applications, contacting families. Arranging D/C plans.

| | NI |
|---|---|

| Essential Functions | | | |
|---|---|---|---|
| Provides supervision to the Social workers | | X | |
| Completes all social work evaluations in timely manner. | | NA | |
| Interviews patients/significant others to obtain data on personal, social, medical and emotional history in order to delineate problems requiring Social Work intervention and to plan appropriate services. | | X | |
| Coordinates with the Case Manager and Multidisciplinary Team members regarding discharge planning for needed care in the home or in an alternate setting. | | | X |
| Evaluates patient and family data, selects appropriate Social Work methods and implements treatment program in conjunction with the Case Manager and Multidisciplinary Team. | | X | |
| Provides support, counseling and/or crisis intervention to patients/families experiencing and/or anticipating issues in adjusting to illness, catastrophic diagnoses, changes in living situations and bereavement. | | X | |
| Actively participates and provides pertinent information at length of stay meetings and multidisciplinary discharge planning rounds. | | | X |
| Provides advanced directive education. | | X | |
| Reviews financial resources for long term placement and provides education to patient/family. | | X | |
| Participates and assists in departmental studies and projects assigned. | | | X |
| Coordinates the hospital's program for management of cases of suspected child abuse/ maltreatment, assuring compliance with regulatory requirements and applicable law. | | X | |
| Assists patients and families in accessing appropriate entitlements. | | X | |
| Initiates family and provider team meetings to clarify and plan strategies related to psychosocial and economic issues particularly those related to care progression and transition. May act as the liaison between patient/families and all providers of care within and external to the organization on social issues. | | X | |
| Serves as the lead in obtaining legal guardianship and competency determination | | NA | |

| Task | | | |
|---|---|---|---|
| Completes and disseminates all necessary legal and clinical documentation as required. | | NA | |
| Conducts support groups for targeted populations | | X | |
| Provides coverage to designated units/services and the ED in the absence of the assigned Social Worker. | | NA | |
| Develops presentations for staff, other disciplines and the community relative to areas of clinical expertise | | | X |
| Prepares and maintains individual patient and departmental records according to departmental, federal and state regulations; completes statistical information; prepares correspondence. | | X | |
| Participates and assists in departmental studies and projects and hospital committees as assigned. | | X | |
| Performs other related work as required by the Director of Quality and Case Management. | | | |

### Age Specific Performance Evaluation

| | Method | Neonatal | Pediatric | Adoles | Adult | Geriat |
|---|---|---|---|---|---|---|
| | | | | C | C | C |
| See age specific list. | | | | | | |

### Competency Evaluation

| Skills / Equipment: | | Method | C | IN | NA |
|---|---|---|---|---|---|
| Knowledge about indicators of abuse and how to interface with appropriate agencies. | | S, D | X | | |
| Accurately fills out the screen. | | S, D | X | | |
| Knowledge of Meditec | | S | X | | |

|  |  |  |  | X |
|---|---|---|---|---|

### Summary / Supervisor Comments

Ms. Newmark has had difficulty adjusting to the case management model at Lawrence. She complains of being overwhelmed with a relatively small assignment and seems unwilling to ask for help when there is a knowledge deficit. This has contributed to her inability to collaborate with the healthcare team on difficult cases. Ms. Newmark is not proactive in preparing patients and families for discharge and this negatively affects on of the departments goals to reduce the length of stay. Her medical record documentation is not adequate and therefore contributes to poor communication among the healthcare team. Ms. Newmark has had excessive unplanned episodes of unscheduled time off (four during the probationary period).

### Employee Improvement Plan / Goals and Needs Assessment

### Employee Comments

Employee Signature: _____  Date: _____

Department Manager / Supervisor Signature: _Catherine_____  Date: 10/5/06

NAME: Cinde [signature]  POSITION: Social Worker

# LAWRENCE HOSPITAL CENTER
# AGE APPROPRIATE CARE COMPETENCY CHECKLIST

Age Specific Performance Evaluation: Indicate your evaluation by inserting the appropriate letter in each column. Method: T=Written/Post Test; V=Verbal; P=Peer Review; D=Documentation; SLM=Self Learning Module; S=Skills Observation

C=Competent; NI=Needs Improvement; NA=Not Applicable

| STAGE | AGE | COMPETENCY | METHOD | C | NI | N/A |
|---|---|---|---|---|---|---|
| Neonatal | Birth to 28 Days | Involves parents in assessments and planning. Aware of effect of newborn's medical needs/problems on parent. Can assess preparedness of parents. Knowledge of resources for newborns; can educate parents re these and make appropriate referrals. Able to identify suspected child abuse/neglect and report if indicated | NA | | | |
| Infancy | 1 Month to 1 Year | Involves parents in assessment and planning Knowledge of normal growth and development Able to assess child/parent relationship Knowledge of resources for toddlers, can educate parents re these and make appropriate referrals Able to identify suspected child abuse/neglect and report if indicated | NA | | | |
| Toddlerhood | 1 to 3 Years | Involves parents in assessment and planning Knowledge of normal growth and development Able to assess child/parent relationship Involves child and is able to elicit some information from child about family favorite toys etc. Knowledge of resources for pre school children, can explain these to parents and make appropriate referrals Able to identify suspected child abuse/neglect and report if indicated | NA | | | |
| Pre-School | 3 to 6 Years | Involves parents in assessment and planning Able to assess child/parent relationship Involves child and is able to elicit some information from child about family, playmates, favorite toys etc. Knowledge of resources for pre school children, can explain these to parents and make appropriate referrals Able to identify suspected child abuse/neglect and report if indicated | NA | | | |
| School Age | 6 to 12 years | Involves parents in assessment and planning Able to assess child/parent relationship Elicit some information from child about school, friends, interests | NA | | | |

N-173

| | | | | | |
|---|---|---|---|---|---|
| Adolescence | 12 to 18 Years | Establish rapport with adolescent prior to performing assessment. Elicit some information from child about school, friends any risk behaviors (alcohol, drugs)<br>Assures privacy confidentially to the extent possible<br>Involves parents in assessment as appropriate<br>Knowledge of resources for adolescent can explain these to parents and make appropriate referrals<br>Able to identify suspected child abuse/neglect and report if indicated<br>Knowledge of resources for school children, can explain these to parents and make appropriate referrals<br>Able to identify suspected child abuse/neglect and report if indicated | P, D | ✓ | |
| Early Adulthood | 18 to 40 Years | Involves patient in assessment and planning: respects patient choice re: decision making<br>Assesses support system and facilitates social support as indicated<br>Assists patient to cope with life changes relating to illness and/or hospitalization<br>Knowledge of appropriate community resources including those servicing victims of domestic or sexual assault. | P, D | ✓ | |
| Middle Adulthood | 40 to 65 Years | Involves patient in assessment and planning: respects patient choice re: decision making<br>Assesses support system and facilitates social support as indicated<br>Assists patient to cope with life changes relating to illness and/or hospitalization<br>Knowledge of appropriate community resources including those servicing victims of domestic or sexual assault<br>Able to educate patient about advanced Directives and assist in completing a Health Care Proxy.<br>Knowledge of appropriate community resources. | P, D | ✓ | |
| Later Adulthood | 65 Years and Over | Involves patient in assessment and planning respect patient choice decision making.<br>Assesses support system involves family and friends as appropriate<br>Knowledge of issues pertaining to loss of family, friends, functioning.<br>Uses language and timing related to patients capacity<br>Able to identify signs of abuse /neglect<br>Able to educate patient about advanced Directives and assist in completing a Health Care Proxy | P, D | ✓ | |

Employee's Signature: _____   Evaluator's Signature: _____

Action Plan/ Comments

N-174

# LAWRENCE HOSPITAL CENTER
## CASE MANAGEMENT PATIENT SAFETY COMPETENCY CHECKLIST

EMPLOYER NAME: _____  POSITION: _____

Method: T=Written/Post Test; V=Verbal; P=Peer Review; D=Documentation; SLM=Self Learning Module; S=Skills Observation

C=Competent; NI=Needs Improvement; NA=Not Applicable

| | METHOD | C | NI | N/A |
|---|---|---|---|---|
| **Patient Safety Competencies** | | | | |
| Identify — Able to verbalize the two patient identifiers and use these identifiers when identifying patients. | V | C | | |
| Communicate — Uses only approved abbreviations. | | C | | |
| Writes legibly in the medical record. | | C | | |
| Ensures that patient information is communicated clearly and completely to the health care team. | | C | | |
| Ensures that discharge planning information is related to patient and family in a timely manner. | | C | | |
| Prevent — Follows hand washing guidelines. | | C | | |
| Uses appropriate infection control procedures. | | C | | |
| Prevent falls by maintaining a clutter-free environment. | | C | | |
| Respond — Responds to all alarms. | | C | | |
| Responds appropriately to all codes. | | C | | |
| Responds to patient needs. | | C | | |

Action Plan/ Comments

Employee's Signature: _____

Evaluator's Signature: _____ Date _____

N-175