# EXHIBIT 8

# Financial Condition and Turnaround Plan

July 24, 2006

LAWRENCE HOSPITAL CENTER

---

# June Results

- 2006 YTD Loss of $ 2.6 Million
- $ 3.2 Million loss 6/05 to 6/06
- June Loss $628K
- Discharges:
    - Below Plan (174)*
    - Behind '05 ( 179)*            [*100 discharges OB]
- Outpatient Volumes and Revenue Below Plan ( 10.8)%
- Expenses Above planned
    - LOS ( $ 740,000)
    - Nurse Agency Utilization ( $534,000)
    - Meditech ($ ++++ )

LAWRENCE HOSPITAL CENTER

## Inpatient Revenues

|  | Vs. Budget | Vs. Year Ago |
|---|---|---|
| Direct Admissions | (359) | (400) |
| ER Admissions | +192 | +239 |
| TOTAL | (167) | (161) |
| NYP Surgery | (59) | — |
| Newborns | (94) | (132) |
| TOTAL | (153) | (132) |

LAWRENCE HOSPITAL CENTER

## Outpatient Revenues

|  | Vs. Budget | (000) | Vs. Year Ago |
|---|---|---|---|
| ASU | (49) | $110. | +15 |
| Endoscopies | (189) | $340. | (157) |
| MRIs | (351) | $175. | (234) |
| CT Scans | (260) | $ 91. | +311 |
| Physical Therapy | (1854) | $140. | (1043) |
| Chemo Infusion | (328) | $1,600. | (299) |
| Total Variance |  | $2,500. |  |

LAWRENCE HOSPITAL CENTER

## Expenses

- Flexed Favorably to Patient Days...but
- **Unfavorable to Budget**
  - LOS is Above Plan
  - Agency Nurse Utilization Above Plan
  - Sick Pay
  - Overtime
  - Utilities
- Favorable to Budget
  - Supplies
  - Insurance
  - Pharmacy


LAWRENCE HOSPITAL CENTER

## Planned 2006 Expense Reductions

| | |
|---|---:|
| Achieve LOS Target – | $ 740,000 |
| Medicare 6.4 vs 6.0 | |
| Non-Medicare 3.9 vs 3.6 | |
| Hold Open Positions | 564,000 |
| 20 FTEs | |
| New Vacancies 45 FTEs (pro rated) | 600,000 |
| Additional 3% usage of PTO | 90,000 |
| Reduce Nurse Agency Usage | 534,000 |
| Potential Reserves | 403,000 |
| 3% Cost Reduction* | 1,804,000* |
| TOTAL (6.9% of Budget) | $ 4,735,000 |


LAWRENCE HOSPITAL CENTER

## *3% Cost Reduction

| | |
|---|---:|
| Nursing | $ 500,000 |
| Ancillary Services | 900,000 |
| Support Services | 225,000 |
| Finance | 140,000 |
| Human Resources | 30,000 |
| Medical Affairs | 20,000 |
| Administration | 30,000 |
| Marketing | 40,000 |
| **TOTAL** | $ 1,885,000* |



LAWRENCE HOSPITAL CENTER

## Revenue Expansion Initiatives

- Restructure NYP Surgery Program
- Medical Staff Development
  - Primary Care Physicians
  - Additional Surgical Specialists
- Marketing and Promotion of Outpatient Services
- Evaluate the 33% Rule
- Improve the operational efficiency of the OR
- Explore ways to make our existing staff busier
- Evaluate Hospitalists & Intensivists



LAWRENCE HOSPITAL CENTER

## Master Facilities Plan

| | |
|---|---|
| ER | $ 3,636,000 |
| Chiller | $ 3,415,000 |
| 2nd Floor (OR/PACU) | $13,025,000 |
| 4th Floor (LDR/PEDS) | $ 4,054,000 |
| 6th Floor | $14,513,000 |
|    Nurseries ($5,964,000) | |
|    Postpartum ($8,549,000) | |
| Elevator Tower | $7,685,000 |
| 1st Floor/Entrances | $5,318,000 |
| **TOTAL** | $ 51,646,000 |

LAWRENCE HOSPITAL CENTER

## MFP Financing Plan

| | |
|---|---|
| Total Project Costs | $52,000,000 |
| Financing | $20,000,000 |
| Fund Raising | $6,600,000 |
| Capital Reserves | $25,400,000 |
| **TOTAL** | $52,000,000 |

LAWRENCE HOSPITAL CENTER