**EXHIBIT 9**

# CAROLE NEWMARK, LCSW

99 Hilltop Acres
Yonkers, New York 10704
(914) 964-9239
Email – NewmarkC1@optonline.net

## EDUCATION

| | |
|---|---|
| 1997 | Master of Social Work - Fordham University, Tarrytown School of Social Work |
| | Certification: LCSW, New York State #055908-1 |
| 1992 | Bachelor of Science – Behavioral Science with a concentration in Community Health and a minor in Psychology, Mercy College – Westchester Campus |
| 2001 | SIFI Certification |

## EMPLOYMENT

**11/01/04 – Present**  **Phelps Memorial Hospital, Phelps Counseling Service, 701 N. Broadway, Sleepy Hollow, New York 10591**

Provide psychotherapy to adolescents and adults in hospital based, out-patient mental health service. Responsible for providing intake assessments, psychotherapy and computer documentation, as required by OMH and JACHO. Work closely with in-patient pysch employees to assure that patients are provided with the highest quality of out-patient services upon discharge.

**8/21/00-10/27/04**  *Clinical Social Worker, The Guidance Center, N. Rochelle, N.Y.*

Work as part of an interdisciplinary team to provide individual, child and adolescent, group, couples and family psychotherapy. Also, provide social work services in the Therapeutic Nursery for 3 to 5 year olds and their families as part of an early intervention program. Conduct psychological assessments, psychosocial evaluations, develop treatment plans and provide written reports. Responsible for 24-hour emergency coverage of assigned clients, via beeper. Provide supervision for staff, student interns, externs, and volunteers, as assigned. Participate in quality assurance activities, assuring accuracy and compliance with JCAHO and OMH.

**12/98-8/00**  *Clinical Family Counselor, PIOS XII, No. Bronx Family Service Ctr, Bronx, NY*

Provide preventive individual and family psychotherapy for children, adolescents and adults in a community based setting utilizing play and art therapy and a family systems approach. Perform assessments, psychosocial evaluations, develop treatment plans and provide psychotherapy, act as liaison between families and outside agencies and schools, including Administration for Children's Services

**6/97-12/98**  *Clinical Social Worker, Lawrence Hospital, Bronxville, NY*

Responsible for all social services on Orthopedic and Medical/Surgical units, including patients with altered mental status, substance abuse, psychiatric, chronic illness and HIV/AIDS diagnoses. Provided supportive and crisis counseling to patients and families, assessed and established plans of care to meet psychosocial needs, case management and advocacy to obtain necessary entitlements and community services to expedite appropriate discharge. Coordinated placements to nursing homes, psychiatric treatment facilities, rehabilitation centers, and hospices. Dedicated ER on-call social worker, and provided adult care coordination to clients in the community on a fee-for-services basis. Facilitated a bi-weekly, evening, caregiver's support group designed to meet the needs of patient's families as well as caregiver's in the community.

## AREAS OF SPECIALIZATION

Depression/anxiety, including all AXIS I and AXIS II diagnoses, elder care.

## STUDENT INTERNSHIPS

9/95-5/96   Field Placement #1: Lawrence Hospital, Bronxville, NY

Worked as a multi-disciplinary team member, with terminally ill Oncology patients, and elderly patients and their families. Provided supportive counseling, case management, intervention services, and psychosocial assessments. Followed through in cooperative efforts with other home care interdisciplinary teams, to enable patients to be maintained safely in the community, or discharged to an appropriate facility.

9/94-7/95   Field Placement #2: Family Service Society of Yonkers, Yonkers, NY

Conducted client psychosocial screenings to determine appropriateness for admission to clinic. Maintained caseload of clients for whom assessments, diagnoses (DSM-IV), long and short term goals, interventions, treatment plans and psychotherapy were given. Provided advocacy and case management to a client population that consisted of children, adolescents and adults with issues related to domestic violence, sexual abuse, behavioral problems, substance abuse, HIV/AIDS, depression and family conflicts.

## EMPLOYMENT HISTORY

5/96-12/96   Albert Einstein College of Medicine, Bronx, NY
Part-time Research Project Coordinator for children's asthma study.

9/94-8/95   Starbuck's Coffee Company, Bronxville, NY
Part-time Barista (Management position)

6/87-2/94   Medical Research Associates, New York Medical College @ Westchester Medical Center, Valhalla, NY
Administrative Coordinator, Pulmonary/Critical Care Division

8/86-6/87   Travelers Health Network of New York (an H.M.O.)
Administrative Assistant to Marketing Sales Manager.

7/81-7/86   Montefiore Medical Center, Bronx NY
Administrative Assistant to the Coordinator of Quality Assurance

3/79-7/81   Montefiore Medical Center, Bronx, NY
Administrative Assistant to Assistant Director of Nursing

## PROFESSIONAL AFFILIATIONS

➢ National Association of Social Workers (current)



# LAWRENCE HOSPITAL CENTER
Lawrence Community Health Services
*Employment Application*

We consider applicants for all positions without regard to race, color, religion, sex, national origin, age, marital or veteran status, the presence of a non-related medical condition or disability.

Name: **Newmark, Carole**
Last, First, Middle

Address: **99 Hilltop Acres**
**Yonkers, N.Y. 10704**
City, State, Zip Code

Social Security: **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**   Telephone: **914 964-9239**

Have you ever worked at Lawrence Hospital Center? Yes ☑ No ☐   If Yes, From: _____ To: _____
If under a different name please state _____
Do you have any relatives working at Lawrence Hospital Center? Yes ☑ No ☐
If yes, please identify Name(s), Position: **Janice Powers - Service Excellence**

POSITION DESIRED: **Assistant Director - Social Work (S.W.S)**
Salary Desired: **$75,000 - $80,000 (negotiable)**   Date Available to start work: **5 weeks after offer**

Schedule Desired (check all that apply) ☑ Full-time ☐ Part-time ☐ Evenings ☐ Weekends ☑ Days ☐ Nights ☐ Per Diem
Please indicate below the days and times you are available to work.

**Monday - Friday @ designated time (8A-4P)**

### Military Service

Have you ever served in the military? Yes ☐ No ☑
If yes, which branch? _____ From: _____ To: _____
Final Rank Held? _____
What type of discharge: Honorable ☐   Dishonorable ☐   If dishonorable, please explain: _____

A dishonorable discharge is not an absolute bar to employment and other factors will affect the final decision.

### Additional Information:

Are you under 18 years of age?   Yes ☐ No ☑   If yes, please state age _____

Have you ever been convicted of a crime?   Yes ☐ No ☑

* If yes, nature of crime and disposition: _____

* Note: Information regarding conviction record will not necessarily bar an applicant from employment, but will be reviewed in light of all surrounding circumstances, including age at time of offense, seriousness, and nature of violation, rehabilitation, relationship of offense to employment and federal statutory requirements.

### Education & Training

| Name | Years of study | Field(s) of study /major(s) | Graduate Yes | Graduate No | Degree, Certificate, License, etc. |
|---|---|---|---|---|---|
| High School: Evander Childs | 1959–1963 | Commercial | ✓ | | Commercial |
| College: Mercy College | 1981–1992 | Community Health & Psych | ✓ | | B.S. |
| Grad. School: Fordham Univ. | 1993–1997 | Social Work | | | MSW |
| Other | | | | | |
| In progress | | | Expected | | |

### Employment History

Please indicate all periods of full and part-time employment for the last ten years, starting with your current or most recent position. If you require additional space, please ask for additional paper.

**CURRENT EMPLOYER**
- Company Name: Phelps Memorial Hosp.
- Company Street Address: 701 N. Broadway
- Telephone: 914 366-3600
- City: Sleepy Hollow
- State: N.Y.
- Zip Code: 10591
- Job Title: Clinical Social Worker
- Manager/Supervisor's Name: Janet Stone
- Last Base Salary: $52,000 Per YR.
- Dates of Employment: From 11/1/04 To Present
- Describe Your Duties: Provide psychotherapy to clients in hosp. based mental health clinic.
- Reason For Leaving: Advancement & return to Lawrence Hosp.
- My Current And Prior Employer(s) May Be Contacted For References: Current employer- only if offer made & accepted ☑ Yes ☐ No

**NEXT PREVIOUS EMPLOYMENT**
- Company Name: The Guidance Center
- Company Street Address: 80 Grand St.
- City: New Rochelle
- State: N.Y.
- Zip Code: 10801
- Job Title: Clinical Social Worker
- Manager/Supervisor's Name: Marie-Elena Grossett
- Last Base Salary: $45,000 Per YR.
- Dates of Employment: From 8/00 To 11/04
- Describe Your Duties: Psychotherapy in out-pt. mental health clinic
- Reason For Leaving: Better salary & advancement

**NEXT PREVIOUS EMPLOYMENT**
- Company Name: Pius XII
- Company Street Address: 2190 University Ave.
- Telephone: 718 365-1400
- City: Bronx, N.Y.
- State: N.Y.
- Zip Code: 10453
- Job Title: Preventive Social Worker
- Manager/Supervisor's Name: Ellen O'Hara-Cicero
- Last Base Salary: $35,000 Per YR.
- Dates of Employment: From 12/98 To 8/00
- Describe Your Duties: Preventive s.w., psychotherapy w/children, adol. & adults
- Reason For Leaving: Better position

Please Account For All Periods Of Unemployment During The Last Ten Years (City, Dates, Reasons):

Worked for Lawrence Hospital from 6/97 - 12/98 as hosp. social worker.

No break in employment for past 10 yrs.

Briefly state why you would be an asset to Lawrence Hospital Center:

I can bring my knowledge of s.w. & human relations dynamics. I am a former employee who would like to bring back to Lawrence Hosp. both my expertise in hospital s.w. & expansive knowledge of interpersonal relationships, which will benefit both patients, colleagues & administration @ Lawrence Hospital. I will offer loyalty, compliance w/mission statement & strong managerial skills as well as motivational skills to my employees.

Referral Source: How did you hear about our position?
- [ ] Walk-In Applicant
- [ ] Job Posting Hotline Number
- [ ] Community Organization. If so, which organization? _____
- [ ] Employment Agency. If so, which agency _____
- [ ] School/College? Name? _____
- [ ] Other? _____
- [x] Employee Referral? Name? Denise Galloway
- [ ] Newspaper Ad
  - [ ] New York Times
  - [ ] Journal News
  - [ ] Daily News
- [ ] Internet
  - [ ] Careerbuilders
  - [ ] Monster
- [ ] LHC Website

## APPLICANT'S STATEMENT

If I am employed, I agree to abide by the policies of Lawrence Hospital Center. I understand that my employment is at-will. This means that I do not have a contract for employment for any particular duration or limiting the grounds for my termination in any way. I am free to resign at any time. Similarly, Lawrence Hospital Center is free to terminate my employment at any time for any reason. I understand that Human Resources Policies, Programs and Procedures exist and may be changed from time to time. All of the information I have supplied in this application is a true and complete statement of the facts, and if employed, any false statement could result in immediate dismissal.

Signature: _Carole Newmark, LCSW_   Date: 1-18-06

LAWRENCE HOSPITAL CENTER'S HUMAN RESOURCES DEPARTMENT WILL REVIEW ALL APPLICATIONS AND RESUMES RECEIVED. WE WILL FORWARD ALL APPLICANTS WHO MEET THE MINIMUM REQUIREMENTS OF THE POSITION TO THE APPROPRIATE HIRING MANAGER FOR REVIEW. THE HIRING MANAGER WILL INFORM HR WHOM THEY WOULD LIKE TO INTERVIEW FOR THE POSITION.

HUMAN RESOURCES IS NOT ABLE TO RESPOND TO APPLICANTS WHO ARE NOT INVITED TO INTERVIEW.

PLEASE NOTE:

U.S. LAW REQUIRES THAT, IF HIRED, YOU MUST FURNISH APPROPRIATE DOCUMENTATION ESTABLISHING IDENTITY AND EMPLOYMENT ELIGIBILITY, WITHIN 72 HOURS OF STARTING WORK.

ACCEPTABLE DOCUMENTS INCLUDE BUT ARE NOT LIMITED TO:

> A U.S. PASSPORT, CERTIFICATE OF U.S. CITIZENSHIP, CERTIFICATE OF NATURALIZATION OR INS FORM 688 OR 688A.

> A SOCIAL SECURITY CARD OR BIRTH CERTIFICATE ISSUED BY A GOVERNMENT AUTHORITY AND A DRIVER'S LICENSE, SCHOOL I.D. WITH PHOTO OR OTHER GOVERNMENT ISSUED DOCUMENTATION ESTABLISHING IDENTITY.

CERTAIN OTHER DOCUMENTS ARE EQUALLY ACCEPTABLE. PLEASE CONSULT A MEMBER OF HUMAN RESOURCES AND ASK THEM FOR A COPY OF INS FORM I-9 FOR A COMPLETE LISTING.