# EXHIBIT 10

Case 7:07-cv-02861-CS    Document 16-17    Filed 07/11/2008    Page 1 of 3

## Carole Newmark

From: Andersen, Katherine [kandersen@stellarishealth.org]
Sent: Thursday, October 12, 2006 7:08 AM
To: Carole Newmark
Subject: RE: HI

So glad to hear from you and that the turkeys did not get you down. It is a tough place here sometimes and not everyone gives what they would like to receive, I am sorry for that, I know whatever you do someone will be lucky to have you and your expertice, please contact me every so often and good luck I will await your new found sucssess story in the near future.
Love Kathy

-----Original Message-----
From: Carole Newmark [mailto:newmarkc1@optonline.net]
Sent: Wednesday, October 11, 2006 9:33 AM
To: Andersen, Katherine
Subject: RE: HI

Hi Cathy,

I was really good to hear from you, I appreciate your email more than you can imagine. LHC is not the same as it was years ago, that's for sure. I have to find my place, and that is in mental health. I am looking into starting up a private practice, since my forte is psychotherapy. I thought I could fit in at LHC, but there is such a back biting mentality and pathology in case management dept. so I didn't stand a chance. I did leave LHC with my head held high, and will continue to see the experience as one that will catapult me into what I really should be doing. I have always loved working in Oncology, and perhaps I will continue to do social work in this arena plus do private practice.

Again, thank you for contacting me. My being let go was so sudden and demeaning that I didn't get a chance to say goodbye to many of the "good guys." Be well, and thanks for being such a good support.

Carole

-----Original Message-----
From: Andersen, Katherine [mailto:kandersen@stellarishealth.org]
Sent: Wednesday, October 11, 2006 8:09 AM
To: newmarkc1@optonline.net
Subject: HI

Carol I was off for the Fri and Monday and got back yesterday and heard, I am devestated and so sorry, I don't even know what happened, Denise told me. You were getting on board so nicely and we were all getting to know you so well, please keep in touch, again, I am so sorry you are not here.
Kathy

Kathy Andersen RN, MPA, OCN
Clinical Educator Oncology, IV Team, HomeCare
Lawrence Hospital Center
914 787-5047
kandersen@lawrencehealth.org



Note:
This message is for the named person's use only. It may contain confidential, proprietary

10/12/2006

## Carole Newmark

**From:** Andersen, Katherine [kandersen@stellarishealth.org]
**Sent:** Thursday, October 12, 2006 7:08 AM
**To:** Carole Newmark
**Subject:** RE: HI

So glad to hear from you and that the turkeys did not get you down. It is a tough place here sometimes and not everyone gives what they would like to receive, I am sorry for that, I know whatever you do someone will be lucky to have you and your expertice, please contact me every so often and good luck I will await your new found sucssess story in the near future.
Love Kathy

-----Original Message-----
**From:** Carole Newmark [mailto:newmarkc1@optonline.net]
**Sent:** Wednesday, October 11, 2006 9:33 AM
**To:** Andersen, Katherine
**Subject:** RE: HI

Hi Cathy,

I was really good to hear from you, I appreciate your email more than you can imagine. LHC is not the same as it was years ago, that's for sure. I have to find my place, and that is in mental health. I am looking into starting up a private practice, since my forte is psychotherapy. I thought I could fit in at LHC, but there is such a back biting mentality and pathology in case management dept. so I didn't stand a chance. I did leave LHC with my head held high, and will continue to see the experience as one that will catapult me into what I really should be doing. I have always loved working in Oncology, and perhaps I will continue to do social work in this arena plus do private practice.

Again, thank you for contacting me. My being let go was so sudden and demeaning that I didn't get a chance to say goodbye to many of the "good guys." Be well, and thanks for being such a good support.

Carole

-----Original Message-----
**From:** Andersen, Katherine [mailto:kandersen@stellarishealth.org]
**Sent:** Wednesday, October 11, 2006 8:09 AM
**To:** newmarkc1@optonline.net
**Subject:** HI

Carol I was off for the Fri and Monday and got back yesterday and heard, I am devestated and so sorry, I don't even know what happened, Denise told me. You were getting on board so nicely and we were all getting to know you so well, please keep in touch, again, I am so sorry you are not here.
Kathy

Kathy Andersen RN, MPA, OCN
Clinical Educator Oncology, IV Team, HomeCare
Lawrence Hospital Center
914 787-5047
kandersen@lawrencehealth.org

Note:
This message is for the named person's use only. It may contain confidential, proprietary

Defendants D

10/12/2006