# EXHIBIT 12

Case 7:07-cv-02861-CS   Document 16-21   Filed 07/11/2008   Page 1 of 4

## Newmark, Carole

**From:** Magone, Catherine
**Sent:** Thursday, May 11, 2006 8:24 PM
**To:** Newmark, Carole
**Subject:** Stuff

I just wanted you to know that I really think you are going to be amazing. You are just going to have to be patient with yourself and accept that there are some things that you just don't know! Wisdom comes from knowing when to ask the right questions and getting the right answers. Unfortunately, I don't have all the right answers but I will always try and help you to find the resources that you need. Six months from now, we will be laughing- I promise. I look forward to spending this time learning with you and Nicole. Thank you, Cathy.


DEFENDANT'S EXHIBIT K 3/5/08 LS

9/29/2006

**EXHIBIT 13**

## Newmark, Carole

**From:** Newmark, Carole
**Sent:** Tuesday, May 23, 2006 10:33 AM
**To:** Magone, Catherine
**Subject:** Job description

Cathy,

I know that we have both been out recently, and I was wondering what the status is from our job description meeting. There are still some questions about roles, etc. that the CMs bring up. Please advise.

### Carole Newmark, LCSW

T's Ex. 18
Magone
DEP