# EXHIBIT 14

Maura

-----Original Message-----
**From:** Newmark, Carole
**Sent:** Tuesday, May 30, 2006 11:51 AM
**To:** Delbene, Maura
**Subject:** RE: meeting time to talk about Palliative Care Service

Maura, How about Thursday at 2:00, unless all hell breaks loose? Carole

**Carole Newmark, LCSW**

-----Original Message-----
**From:** Delbene, Maura
**Sent:** Tuesday, May 30, 2006 12:42 PM
**To:** Newmark, Carole
**Subject:** RE: meeting time to talk about Palliative Care Service

Carole

No problem – long weekends are a blessing. Unfortunately I need to be at Jansen Hospice for a 9 am meeting (only happens weekly).

Can we do Friday at 9? Otherwise, I am available Wednesday or Thursday any time after 12 noon.

Thanks!

Maura
Palliative Care Service
Lawrence Hospital Center
Voice 914-787-4190
Beeper 914-787-5444 # 601

*Palliative Care is interdisciplinary care that aims to relieve suffering and improve quality of life for patients with serious or life threatening illness.*

-----Original Message-----
**From:** Newmark, Carole
**Sent:** Tuesday, May 30, 2006 11:06 AM
**To:** Delbene, Maura
**Subject:** RE: meeting time to talk about Palliative Care Service

Hi Maura,

Sorry I did not get back to you sooner, it's been hectic with the long weekend, etc.

Can you meet with me tomorrow, Wednesday at about 9AM? We can meet in my office where it is quiet and out of the way.
Thanks, Carole

**Carole Newmark, LCSW**

-----Original Message-----
**From:** Delbene, Maura
**Sent:** Thursday, May 25, 2006 2:03 PM
**To:** Newmark, Carole
**Subject:** meeting time to talk about Palliative Care Service

Hi Carole

I was wondering if there was a time that you and I could meet to talk about how the Palliative Care Service can be of assistance. It would be good to hear about the social work role in the hospital, the newly diagnosed cancer patient pathway and even your "wish list" for having a palliative care service etc.

My schedule is open so I look to you to recommend a time.

Thanks!

Maura

Maura
Palliative Care Service
Lawrence Hospital Center
Voice 914-787-4190
Beeper 914-787-5444 # 601

*Palliative Care is interdisciplinary care that aims to relieve suffering and improve quality of life for patients with serious or life threatening illness.*

---

**Note:**
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. **STELLARIS HEALTH NETWORK** and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks.

Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

---

# EXHIBIT 15

| Subject | Start Date | Start Time | End Date | End Time |
|---|---|---|---|---|
| Start at Lawrence | 5/22/2006 | 2:00:00 PM | 5/22/2006 | 1:00:00 PM |
| Carole Newmark meeting | 6/1/2006 | 8:30:00 PM | 6/1/2006 | 8:30:00 PM |
| Carole Newmark Mtg | 6/7/2006 | 7:00:00 PM | 6/7/2006 | 7:00:00 PM |
| Social Workers Weekly meeting | 6/12/2006 | 2:00:00 PM | 6/12/2006 | 2:00:00 PM |
| Social Workers Weekly meeting | 6/26/2006 | 2:00:00 PM | 6/26/2006 | 2:00:00 PM |
| Social Workers Weekly meeting | 7/10/2006 | 2:00:00 PM | 7/10/2006 | 2:00:00 PM |
| Social Workers Weekly meeting | 7/17/2006 | 2:00:00 PM | 7/17/2006 | 2:00:00 PM |
| Social Workers Weekly meeting | 7/24/2006 | 2:00:00 PM | 7/24/2006 | 2:00:00 PM |
| Social Workers Weekly meeting | 7/31/2006 | 2:00:00 PM | 7/31/2006 | 2:00:00 PM |
| Social Workers Weekly meeting | 8/7/2006 | 2:00:00 PM | 8/7/2006 | 2:00:00 PM |
| Social Workers Weekly meeting | 8/14/2006 | 2:00:00 PM | 8/14/2006 | 2:00:00 PM |
| Ohare and Magone | 8/15/2006 | 7:00:00 PM | 8/15/2006 | 7:00:00 PM |
| Social Workers Weekly meeting | 8/21/2006 | 2:00:00 PM | 8/21/2006 | 2:00:00 PM |
| Social Workers Weekly meeting | 8/28/2006 | 2:00:00 PM | 8/28/2006 | 2:00:00 PM |
| Columbus Ohio for CAPC Training | 9/13/2006 | 5:00:00 AM | 9/13/2006 | 4:00:00 AM |
| Columbus Ohio for CAPC Training | 9/14/2006 | 5:00:00 AM | 9/14/2006 | 4:00:00 AM |
| Columbus Ohio for CAPC Training | 9/15/2006 | 5:00:00 AM | 9/15/2006 | 4:00:00 AM |