**EXHIBIT 16**

-----Original Message-----
From: Newmark, Carole
Sent: Wednesday, July 05, 2006 7:16 AM
To: Delbene, Maura
Subject: RE: Social Work and Palliative Care

Let's talk, o.k.?


**Carole Newmark, LCSW**


-----Original Message-----
From: Delbene, Maura
Sent: Monday, July 03, 2006 2:03 PM
To: Newmark, Carole
Cc: 'Dr. Page'
Subject: Social Work and Palliative Care

Hi Carole

I hope you are enjoying the long weekend!

Thanks for sending me the Calvary information – it is helpful to have. Dr. Page and I are trying, as part of the Palliative Care Service, develop a more formal bereavement process. I was wondering if you would be interested in collaborating in the development of the policy, procedures and implementation.

I have started to put together some information that we could begin with – let me know if you are interested.

Take care and thanks,

Maura

Maura L. Del Bene, MS, RN, NP-P
*Palliative Care Service*
Lawrence Hospital Center
55 Palmer Avenue
Bronxville, NY 10708

Voice 914-787-4190



DEFENDANT'S EXHIBIT

1/25/2007

Fax 914-787-5056

*Palliative Care is interdisciplinary care that aims to relieve suffering an improve quality of life for patients with serious or life threatening illness*

Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. **STELLARIS HEALTH NETWORK** and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks.

Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

1/25/2007

N-132