# EXHIBIT 17

Del Bene, Maura

**From:** Delbene, Maura
**Sent:** Monday, July 10, 2006 4:03 PM
**To:** Newmark, Carole
**Subject:** coffee on Wednesday?

Carole

Should we try to grab coffee on Wednesday to discuss below?

Maura

> -----Original Message-----
> **From:** Newmark, Carole
> **Sent:** Wednesday, July 05, 2006 7:16 AM
> **To:** Delbene, Maura
> **Subject:** RE: Social Work and Palliative Care
>
> Let's talk, o.k.?
>
>
> **Carole Newmark, LCSW**
>
>
> -----Original Message-----
> **From:** Delbene, Maura
> **Sent:** Monday, July 03, 2006 2:03 PM
> **To:** Newmark, Carole
> **Cc:** 'Dr. Page'
> **Subject:** Social Work and Palliative Care
>
> Hi Carole
>
> I hope you are enjoying the long weekend!
>
> Thanks for sending me the Calvary information – it is helpful to have. Dr. Page and I are trying, as part of the Palliative Care Service; develop a more formal bereavement process. I was wondering if you would be interested in collaborating in the development of the policy, procedures and implementation.
>
> I have started to put together some information that we could begin with – let me know if you are interested.
>
> Take care and thanks,
>
> Maura
>
> Maura L. Del Bene, MS, RN, NP-P
> *Palliative Care Service*
> Lawrence Hospital Center
> 55 Palmer Avenue
> Bronxville, NY 10708
>
> Voice 914-787-4190
> Fax 914-787-5056

10/18/2007                                                                  N-484

*Palliative Care is interdisciplinary care that aims to relieve suffering an improve quality of life for patients with serious or life threatening illness.*

**EXHIBIT 18**

-----Original Message-----
From: Newmark, Carole
Sent: Wednesday, July 19, 2006 7:34 AM
To: Delbene, Maura
Subject: RE: Social work and Palliative Care list serve

Thank you for the information. Carole

## Carole Newmark, LCSW

-----Original Message-----
From: Delbene, Maura
Sent: Tuesday, July 18, 2006 2:44 PM
To: Newmark, Carole
Cc: 'Dr. Page'; Serra, Nicole
Subject: Social work and Palliative Care list serve

Hi Carole

In keeping with the spirit of getting a social work presence, formally, for the Palliative Care service – I have done some research – mostly to see what kind of resources are out there and how we can avail ourselves, in the development of the service, to enhance the programming here at Lawrence. I also think it will help differentiate and define the clinical role of the social worker under the case management umbrella.

I have ferreted out some info that I have listed below – so as to not send several emails I have listed them here.

1. List serve for updates on conference and educational releases related to social work practice in Palliative Care
   http://www.stoppain.org/for_professionals/content/information/swlistreg.asp
   This might be good for both you and Nicole to sign up for.

2. Social Work Palliative Care Fellowship and Observership (2-3 days) at Beth Israel may be of interest to attend
   http://www.stoppain.org/for_professionals/content/education/education.asp#project

1/25/2007

N-133

3. The Social Work End-of-Life Education Project in Rochester, New York is on August 1 & 2, 2006. A two-day workshop includes intermediate and advanced social work skills crucial to effective social work intervention – unfortunately, I think you are on vacation and they did one in NY city in September. They may have future conferences – adding your name to the list serve will assure notification.

4. NASW Social Work Practice standards for Palliative and End of Life Care can be found at http://www.socialworkers.org/practice/bereavement/standards/default.asp#intro

5. Free online End of Life Care course for social workers (I think you need to have NASW membership) http://www.socialworkers.org/pressroom/2004/062904.asp

6. The Journal of Social Work and Palliative Care ($48 per year) may be of interest to you – that we can ask to get funded. https://www.haworthpress.com/store/product.asp?sid=0B230N4B0FSS8MPQKWXV9XJTMD6WBRX6&sku=J457

7. NASW-Westchester's Mentorship Program – through Susan Gerbino, MSW, PhD at Sarah Lawrence (914) 395-3069
   NYU Social Work

Sorry it is such a long list but there are so many resources. Hopefully we can talk more on Monday at our regular 9 am time.

Take care –

Maura


Maura L. Del Bene, MS, RN, NP-P
*Palliative Care Service*
Lawrence Hospital Center
55 Palmer Avenue
Bronxville, NY 10708

Voice 914-787-4190
Fax 914-787-5056

*Palliative Care is interdisciplinary care that aims to relieve suffering an improve quality of life for patients with serious or life threatening illness*

---

**Note:**
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy

any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. **STELLARIS HEALTH NETWORK** and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks.

Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.