**EXHIBIT 19**

-----Original Message-----
From: Serra, Nicole
Sent: Thursday, July 20, 2006 1:38 PM
To: Delbene, Maura
Subject: RE: Mental Health Service Locator

Maura. Thanks for you e-mail.. I'm glad that you are part of the team also... it is often hard to work in this environment when you don't know who you can trust... I consider you a person who is supportive and also personally and professionally.. hope that you have a good day!!! Let me know what I need to do for you on the cases you wne to see from this morning's rounds!!! Thanks.. Nicole

>-----Original Message-----
>From: Delbene, Maura
>Sent: Wednesday, July 19, 2006 1:30 PM
>To: Serra, Nicole
>Subject: RE: Mental Health Service Locator
>
>Nicole
>
>Thank you for your response, it is often so busy that our time as professionals to meet, exchange information and grow in our fields is not often a priority.
>
>I love to mine for resources and then share them (it makes our work easier) and hope that if I send too much your way you will tell me --
>
>You have good energy and enthusiasm in your work here --don't let one slip up cloud the picture of your real spirit. We all need to help and support each other and I am glad to be part of the team.
>
>Maura
>
>>-----Original Message-----
>>From: Serra, Nicole
>>Sent: Wednesday, July 19, 2006 11:55 AM
>>To: Delbene, Maura
>>Subject: RE: Mental Health Service Locator
>>
>>Hi Maura.. I just wanted to say thank you so much for sharing this important info with Carole and I. It always feels like finding a gold mind when one finds out good resources for continued learning and assistance!! Once again, thanks for understanding my bad attitude last week.. I appreciate your mindset. Anyway, hope to see you on Monday.. I may have a case for you to view for your medical opinion.. I will update you when I know more.. Thanks again for thinking of us!! Have a great day, Nicole
>>
>>>-----Original Message-----
>>>From: Delbene, Maura
>>>Sent: Monday, July 17, 2006 12:29 PM
>>>To: Newmark, Carole; Serra, Nicole

Cc: O'Hare, RoseAnn; 'Dr. Page'
Subject: Mental Health Service Locator

Carole and Nicole --

Hope you are both well.

Came across an informative web site (by state) regarding resources for mental health services that I thought you might find helpful.

http://www.mentalhealth.samhsa.gov/databases/

I was impressed with the extensiveness of the database.

Maura


Maura L. Del Bene, MS, RN, NP-P
*Palliative Care Service*
Lawrence Hospital Center
55 Palmer Avenue
Bronxville, NY 10708

Voice 914-787-4190
Fax 914-787-5056

*Palliative Care is interdisciplinary care that aims to relieve suffering an improve quality of life*
*for patients with serious or life threatening illness*

---

**Note:**
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. STELLARIS HEALTH NETWORK and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks.

Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

---

# EXHIBIT 20

-----Original Message-----
**From:** Serra, Nicole
**Sent:** Tuesday, August 08, 2006 8:14 AM
**To:** Delbene, Maura
**Subject:** RE: Hospice Referrals


Hi maura.. Thanks again for your assistance last week.. it is much appreciated!!! Thank you for the email about the jansen referrals.. I will definitely utilize your help when making a referral. I will be out on Thursday 8/10 and Friday 8/11/06, returning on Monday 8/14/06. Have a great day... Nicole

> -----Original Message-----
> **From:** Delbene, Maura
> **Sent:** Monday, August 07, 2006 3:54 PM
> **To:** Newmark, Carole; Serra, Nicole
> **Cc:** Magone, Catherine
> **Subject:** Hospice Referrals
>
> Hi Carole and Nicole
>
> Last week Nicole and I tried to refine the referral process to Jansen – historically there has been poor communication on the Jansen intake side with you both. In order to understand exactly what they need to process the patient for an intake and the scenarios by which the patient is either seen in the hospital or upon their return to their home I have listed some thoughts below –
>
> 1. Faxed Referrals to include (required):
>    a. Face sheet
>    b. Medical Summary Form * (new)
>    c. H&P (consult notes only if truly relevant)
>    d. Notes by SW or Pall Care NP that are necessary to the hospice intake/care process
>    e. DME needs (if oxygen is on the list all DME can be delivered the same day as referral – otherwise delivery for the next day. This is important for those cases that are identified and d/c'd on the same or next morning).
>
> *the new form is an important piece of the hospice referral as it gives a medical capture of the patient and their presentation. It would be best to have a medical staff member complete the form – technically the MD but to make the process simpler and moving forward without delay I am happy to complete it on all hospice referrals to Jansen.
>
> Hospice in general can do most intakes within 1-2 days of referral – it all depends upon their case load for that week/day. If a patient is going to be discharged and hospice cannot do the intake in the community until 1-3 days later we can ask that they order the DME in anticipation of taking the patient on to their service. This happened with 2 of our patients last week – but all went smoothly and both got the DME they needed etc.
>
> There are circumstances in which we can put patients on hospice while in hospital:
>
> - Imminently dying – for up to 14 days
> - Or pending medical treatment in hospital and home will eventually be the location of care

but hospice would be appropriate while pending discharge.

Both of these would require Dr. Page or myself to approve the benefit transfer but are good options for maximizing palliative care via hospice services and also decreasing length of stay.

There is also a new hospice unit in Riverdale that may be an additional source of in-patient hospice for situations when Calvary may not be feasible or the wait is long. I am waiting to receive their brochures and will share them with you as soon as I get them.

Thanks – let's talk more if needed.

Maura

---

**Note:**
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. **STELLARIS HEALTH NETWORK** and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks.

Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.