# EXHIBIT 21

-----Original Message-----
**From:** Serra, Nicole
**Sent:** Tuesday, September 12, 2006 11:12 AM
**To:** Delbene, Maura
**Subject:** RE: Calvary billing information

Hey Maura.. I would appreciate any opportunity to speak with staff from Calvary. I feel that it would better assist us in assisting our patients and families better. Thanks.. Nicole

-----Original Message-----
**From:** Delbene, Maura
**Sent:** Monday, September 11, 2006 2:35 PM
**To:** Newmark, Carole; Serra, Nicole
**Subject:** Calvary billing information

Hi Carole and Nicole

1. Prior to our vacations this summer I had spoken with Marianne Duggan at Calvary regarding some questions I had about billing etc. Not sure if you both already know the finer details.
2.
3. She is willing and interested in having some of her intake team (finance, clinical etc) come here to do an overview so that we can obtain a better understanding of what is, what is not, who to talk with at Calvary, or who to refer the patient's family to at Calvary regarding these issues. I often find this the one area I am not feeling competent in with Calvary referrals and would like to be able to have some more info in order to promote as smooth a transition as possible.
4.
5. I am not sure what your thoughts are but I am more than happy to set it up for us if you are interested.
6.
7. Look forward to hearing back from you –
8.
9. Thanks
10.
11. Maura

**Note:**
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print, or copy any part of this message if you are not the intended recipient. **STELLARIS HEALTH NETWORK** and any of its subsidiaries each reserve the right to monitor all e-mail communications through its networks.

Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

---

**EXHIBIT 22**

7/18/06
Carole Newmark

During our 1pm LOS meeting today, I questioned Carole about her cases. She replied that she was not familiar with them because she did not have her paperwork with her. I gave her a copy of the census and asked her which cases she was working on. In all cases, she stated I have not seen them yet although it was 1pm.