# EXHIBIT 23

7/20/06
Carole Newmark

I met with Carole today to discuss my concern that she was not adjusting to our case management model. She stated that she feels overworked and that many of her cases were complicated. When I reviewed her case load with her, she was actually working on only four cases. I told her that she needs to be more proactive in beginning discharge planning and meeting with families. She also needs to organize and prioritize her work load. I also expressed concern that she had not begun planning the Mental Health Disaster training program. She expressed that this was going to be a lot of work. I told her to get in touch with the Nurse who attended the program with her and work together.

**EXHIBIT 24**

## Magone, Catherine

**From:** Magone, Catherine
**Sent:** Thursday, July 20, 2006 3:33 PM
**To:** Newmark, Carole
**Subject:** RE: CLarification

**Tracking:** Recipient    Read
              Newmark, Carole  Read: 7/20/2006 4:08 PM

Carole, absolutely not.. I want you to be successful and I will work with you to make that happen. cathy

> -----Original Message-----
> From: Newmark, Carole
> Sent: Thursday, July 20, 2006 3:04 PM
> To: Magone, Catherine
> Subject: CLarification
>
> Hi Cathy,
>
> Was our conversation of today to be considered a verbal warning? Thanks. Carole
>
> **Carole Newmark, LCSW**

N-142

π's Ex. 10
Magone Dep