**EXHIBIT 25**

8/15/06

I met with Carole Newmark today to inform her of my decision to appoint Nicolle Serra the Social Worker for the palliative care service. Nicole will be traveling with the team to Ohio to visit a hospital that has a program in place. I told Carole that I felt that as a new social worker, young in her career it is important to give her something she can become expert in. I also told Carole that she has the responsibility for the mental health training and that will take up her time. I informed her that this decision was made with input from both RoseAnn and Maura. Carole was visibly angry and expressed disappointment in my decision.

N-153

π's Ex 3
Magove Dep.