# EXHIBIT 26

## Newmark, Carole

**From:** Magone, Catherine
**Sent:** Wednesday, October 04, 2006 9:27 AM
**To:** Newmark, Carole
**Cc:** Orsaia, Patricia
**Subject:** clarification

Carole, I am writing in response to an email that you sent to Pat Orsaia where you continue to express concerns regarding my use of the word "young" in describing Nicole Serra. I would like to reiterate that my decision to appoint Nicole to be the Social Worker for the palliative service was based on input from R O'Hare and Maura Delbene as well as the needs of the department. In describing Nicole as a new, young social worker needing to have a project of her own, I never intended to imply that you were not chosen because of your age or that anyone's age was relevant to my decision.

I trust that this finally clarifies the comment in question and my use of the word "young" in the full context of my comment.


DEFENDANT'S EXHIBIT
L
3/5/08

10/4/2006

## Newmark, Carole

**From:** Magone, Catherine
**Sent:** Wednesday, October 04, 2006 9:27 AM
**To:** Newmark, Carole
**Cc:** Orsaia, Patricia
**Subject:** clarification

Carole, I am writing in response to an email that you sent to Pat Orsaia where you continue to express concerns regarding my use of the word "young" in describing Nicole Serra. I would like to reiterate that my decision to appoint Nicole to be the Social Worker for the palliative service was based on input from R O'Hare and Maura Delbene as well as the needs of the department. In describing Nicole as a new, young social worker needing to have a project of her own, I never intended to imply that you were not chosen because of your age or that anyone's age was relevant to my decision.

I trust that this finally clarifies the comment in question and my use of the word "young" in the full context of my comment.

10/4/2006

Defendant's Exh

# EXHIBIT 27

Orsaia, Patricia

From: Newmark, Carole
Sent: Friday, September 29, 2006 8:39 AM
To: Orsaia, Patricia
Subject: Meeting with Cathy Magone on 9/28/06

Hi Pat,

Thank you for taking the time to meet with Cathy Magone and me, I appreciate your assistance.

There are a few issues that were raised in the meeting that I would like clarified, as follows:

1. I would like to know how long my probation has been extended, this should not be held from me until I receive my performance evaluation.

2. When I asked Cathy what was the basis for my probation being extended, she stated that it was because of attendance. In our meeting yesterday, she alluded to the fact that there are work issues, but would not state what these are until she goes over my evaluation with me. This was a surprise to me, as she has never brought up any work issues until our meeting yesterday. I cannot remedy issues if they are not brought to my attention, and should not have to wait until my evaluation to hear what the work issues are.

3. When we went over the issue of ageism, Cathy denied that she said that "Nicole was younger and could handle the job better than I could." She stated that she did say that Nicole was "Young and could take things in like a sponge." This statement is tantamount to saying that I am old and are not able to absorb information as well. Cathy does not know what my capabilities are, she has not taken the time to learn about who I am and know exactly my strengths are.

I know that we have discussed that incoming information is filtered differently by each person, however, I still contend that Cathy is holding my age against me. I know that she hired me knowing that I am older, however, her comments and actions during the past few months in regard to me have been dismissive and non-supportive. I cannot pinpoint when things changed between Cathy and I, but there has been a palpable change in her interactions with me, and this makes me feel very vulnerable and insecure about my job at LHC. I can go into detail at another time, if you wish.

**Carole Newmark, LCSW**

π's Ex. 5
Magone Dep