**EXHIBIT 28**

8/31/06
Carole Newmark

One of the cm staff (Susanne) came to me regarding an upset family. The patient
(Longo) had been in the unit for a long time and had requested a list of nursing homes.
Carole never supplied it and told the family that they were being premature in arranging
for NH in the CCU. They then felt rushed by Susanne and this effected Suzanne's ability
to discharge the patient timely. Suzanne expressed frustration with Carole because of
continued lack of follow up.

T's Ex. 13
Magone

# EXHIBIT 29

9/1/06
A Case Manager (Colette) called me to ask if I would call Carole to do a PRI screen that was needed to be faxes to a Nursing Home. She had called Carole 2X without any response. When I called Carole, she responded curtly with " I will get to it". I did not like the tone of her voice. Colette stated that Carole never responds to her request for PRI Screens in a timely manner and has an "attitude" when she does respond.

π's Ex. 14
Magone