**EXHIBIT 30**

9/7 There had been a patient in the unit for two weeks had only one social work note written on 8/14. Patient was transferred to floor on 8/27.

*[signature]*

π's Ex. 15
Magone