# EXHIBIT 31

Carole Newmark   9/12/06

I spoke with Carole Newmark regarding her attendance. She has had three UTO occurrences in the past 5 months and left after 1 1/2 hours on another day. I explained the hospitals policy of 5 UTO in a year is excessive and particularly concerning for someone on probation. I reminded her that all request for time off should be made in writing. She stated that the doctor feels that this procedure is medically necessary and that she will take the day off without pay if necessary. I told her that I would reconsider her request and meet with her again tomorrow. I informed her that I would be extending her probation and that I expected immediate improvement in her attendance.

N-165

Π's Ex 16
Magone

# EXHIBIT 32

GERALD RIDGE, MD, FACP
KERRIANNE P. PAGE, M.D.
14 STUDIO ARCADE
BRONXVILLE, NY 10708

TELEPHONE (914) 779-9066

## CERTIFICATION OF MEDICAL CARE

Date _4/4/06_

To whom it may concern:

This is to certify that _Carole Newmark_

has been under medical care, and was:

☐ totally incapacitated

☐ partially incapacitated

from _____ to _____

May return to work/school _4/5/06_

with the following restrictions: _____

Remarks _____

Signed _____

Histacount®  Form #6137  800-645-5638                    (1199)

N-489