# EXHIBIT 33

# Carole Newmark

**200**

NAME: Carole Newmark  NO.#

☐ FULL TIME   ☐ PART TIME

Timesheet calendar showing daily entries (checkmarks, PTO, and other payroll codes) across 2005–2007, with a notation "8/21 – LEFT EMPLOYER".

## PAYMENT
- ✓ — PRESENT (7¾ hours or actual hours when on hourly basis)
- PTO — Paid Time Off
- UPTO — Unscheduled Paid Time Off
- C — COMPENSATION (1st 5 days only)
- J — Jury Duty
- V — Vacation

## PAYROLL CODES
- D — Death in Immediate Family
- (A) — ABSENT – AUTHORIZED HOSPITAL BUSINESS
- RS — Reserve Sick
- PR — Pre Retirement Leave
- M — Military Leave
- H — Holiday

## NON-PAYMENT
- DO — Day Off
- CC — COMPENSATION
- DIS — DISABILITY
- A — ABSENT
- a — ABSENT – HOSP. CONVENIENCE (NURSING)

**EXHIBIT 34**

## Magone, Catherine

**From:** Newmark, Carole
**Sent:** Monday, August 21, 2006 9:35 AM
**To:** Magone, Catherine
**Subject:** Leaving

Hi Cathy,

I have been in since 8AM, but feeling really ill, vomited and feel very weak so I am leaving for the day. Tried to get you earlier, but there was no answer. I went to 6N and 5N and took care of anything that needed to be done there. Hope to be in tomorrow. See you then.

## Carole Newmark, LCSW