# EXHIBIT 35

Message                                                                        Page 1 of 1

**Newmark, Carole**

From: Magone, Catherine
Sent: Monday, September 11, 2006 4:07 PM
To: Newmark, Carole
Subject: RE: Procedure - day off

*met @ 3:00 on 12th*

Carole, Unfortunately, I am unable to approve your request for time off at this time. I would like to meet with you tomorrow at 9:30 to discuss your overall attendance. Thanks, Cathy

-----Original Message-----
From: Newmark, Carole
Sent: Monday, September 11, 2006 9:37 AM
To: Magone, Catherine
Subject: Procedure - day off

Hi Cathy,

I want to let you know that I will be out of the office on Tuesday, September 26th to have a colonoscopy and endoscopy. Hopefully, I will be in on Wednesday, September 27th, if all goes well. SOmetimes there is residual pain and bleeding afterward, so I will play Wednesday by ear. Sorry about this, but I have been having additional diverticulitis attacks and need to take care of this. Thanks.

Carole Newmark, LCSW

DEFENDANT'S EXHIBIT E 3/5/08

9/12/2006

# EXHIBIT 36

Case 7:07-cv-02861-CS  Document 16-34  Filed 07/11/2008  Page 3 of 4

Magone, Catherine

| | |
|---|---|
| From: | Gelardi, Colette |
| Sent: | Tuesday, September 19, 2006 2:00 PM |
| To: | Magone, Catherine |
| Subject: | FROM COLETTE |

HI CATHY
JUST WRITING TO YOU SO I DON'T FORGET. WE HAVE A PT ON 3 NORTH MR KLEIN WHO HAS BEEN HERE 19 DAYS. DR GAVANI CAME TO 3 NORTH TODAY IRATE BECAUSE SHE FEELS PT SHOULD BE DISCHARGED. I DO NOT KNOW THE PATIENT VERY WELL, HE IS FROM CCU AND ON SUZANNE'S SIDE. SHE IS OUT SICK TODAY SO I CALLED CAROL WHO HAS BEEN HANDLING CASE. NO NOTE FROM SW BEFORE YESTERDAY SO NO PLAN HAD BEEN STARTED I CALLED CAROL WHEN PT WAS LEAVING BECAUSE HE HAD NO CLOTHES. SHE ALLOWED PT TO LEAVE WITH SHORTS HOSPITAL GOWN AND HOSPITAL BOOTIES. JUST THOUGHT YOU MIGHT LIKE TO KNOW. HOPE YOU ARE HAVING A GOOD TIME IF YOU PICK THIS UP.
COLETTE

π's Ex. 19
Magone