# EXHIBIT 37

Orsaia, Patricia

**From:** Newmark, Carole
**Sent:** Wednesday, September 13, 2006 8:17 AM
**To:** Orsaia, Patricia
**Subject:** RE: can we meet this afternoon?

Hi Pat,

Today at 3:30 is fine, thank you.


**Carole Newmark, LCSW**

> -----Original Message-----
> **From:** Orsaia, Patricia
> **Sent:** Tuesday, September 12, 2006 4:35 PM
> **To:** Newmark, Carole
> **Subject:** RE: can we meet this afternoon?
>
> Hi Carol,
>
> I can meet with you in my office tomorrow at 3:30 or Thursday morning. Let me know what works best for you.
>
> Thanks,
> Pat
>
> *Pat Orsaia, Director of Human Resources*
> *Lawrence Hospital Center*
> *Phone 914-787-3078*
> *Fax 914-787-3069*
>
> > -----Original Message-----
> > **From:** Newmark, Carole
> > **Sent:** Tuesday, September 12, 2006 4:30 PM
> > **To:** Orsaia, Patricia
> > **Subject:** RE: can we meet this afternoon?
> >
> > Hi Pat,
> >
> > Sorry I did not get your email until just now, have been on the units and do not have access to my email on the units. Can we meet tomorrow at some time? Please let me know, I can always be reached on my hospital Nextel @ 224-6201. Thanks, Carole
> >
> >
> > **Carole Newmark, LCSW**



DEFENDANT'S EXHIBIT H 3/5/08 LC

N-157

**EXHIBIT 38**

## Orsaia, Patricia

**From:** Newmark, Carole
**Sent:** Thursday, September 28, 2006 8:19 AM
**To:** Orsaia, Patricia
**Subject:** meeting

Hi Pat,

Can we set up a meeting with Cathy, you and me so that we can put some closure on the issues that we discussed? Thank you.

## Carole Newmark, LCSW



DEFENDANT'S EXHIBIT I 3/5/08