**EXHIBIT 40**

## Orsaia, Patricia

**From:** Magone, Catherine
**Sent:** Thursday, October 05, 2006 10:50 AM
**To:** Orsaia, Patricia
**Subject:** Carle Newmark

Pat, Just wanted you to know that Carole picked up her email at 5:30 last night and has not responded or spoken to me about it.

N-283

12/12/2006

П's Ex 7
Magone Dep

**EXHIBIT 41**

**Lawrence Hospital Center**

# Memo

**To:** File
**From:** Cathy Magone, Dir., Quality/Risk and Case Management   *Cmagone*
**CC:** P. Orsaia
**Date:** October 5, 2006
**Re:** Carole Newmark

---

Carole Newmark Points discussed at Termination Meeting on 10/05/06

Reviewed Performance Evaluation

Carole has not adjusted to Lawrence's Case Management Model. My concerns were conveyed to her on 7/20/06 regarding need to be more proactive in discharge planning and meeting with families and collaborating with the multidisciplinary team.. The need to be more focused and prioritize her work load was also stressed.

Carole has not made any progress in developing a Disaster Mental Health Training Program. This assignment was given to her 4 months ago. In addition, she has not kept me informed of an email sent on 9/28 regarding this program and the expectations.

Carole's reaction to a business decision to assign another team member to our palliative program was unacceptable.

Carole has had four unscheduled time off episodes during her probationary period.

π's Ex. 17
Magone