**EXHIBIT 42**

## Orsaia, Patricia

**From:** Orsaia, Patricia
**Sent:** Friday, October 06, 2006 10:51 AM
**To:** Magone, Catherine
**Subject:** Carole's decision

Cathy,

As you know, at our meeting with Carole Newmark yesterday, we offered her the choice of submitting a letter of resignation or having our employee records reflect that her employment was terminated by us. We agreed that she would telephone me this morning to let me know her decision. She left me a voice message a short while ago indicating that her decision is to be terminated.

Please complete a PCN form that reflects the termination and send it to Lisa Carter for processing as soon as possible.

Thanks,
Pat

*Pat Orsaia, Director of Human Resources*
*Lawrence Hospital Center*
*Phone 914-787-3078*
*Fax 914-787-3069*

# EXHIBIT 43

## Orsaia, Patricia

**From:** Newmark, Carole
**Sent:** Tuesday, September 12, 2006 4:30 PM
**To:** Orsaia, Patricia
**Subject:** RE: can we meet this afternoon?

Hi Pat,

Sorry I did not get your email until just now, have been on the units and do not have access to my email on the units. Can we meet tomorrow at some time? Please let me know, I can always be reached on my hospital Nextel @ 224-8201. Thanks, Carole

## Carole Newmark, LCSW

-----Original Message-----
**From:** Orsaia, Patricia
**Sent:** Tuesday, September 12, 2006 12:09 PM
**To:** Newmark, Carole
**Subject:** can we meet this afternoon?
**Importance:** High

Hi Carole,

I am sorry that we have not been able to connect due to several factors – my vacation, your vacation, your unplanned absence, etc. I can meet with you to discuss next steps today anytime from 3-4:30 in my office if you are available. Please let me know.

Thanks,
Pat

*Pat Orsaia, Director of Human Resources*
*Lawrence Hospital Center*
*Phone 914-787-3078*
*Fax 914-787-3069*

-----Original Message-----
**From:** Newmark, Carole
**Sent:** Tuesday, September 12, 2006 11:45 AM
**To:** Orsaia, Patricia
**Subject:**

Hi Pat,

This is a follow up to our meeting of approximately two weeks ago. Please let me know what the status is of the proposed meeting with Cathy Magone where we were going to discuss several issues including, and most importantly, the issue of possible ageism. This is troublesome and needs to be addressed in a timely manner. Thank you for your anticipated response.

N-155


DEFENDANT'S EXHIBIT

-----Original Message-----
**From:** Orsaia, Patricia
**Sent:** Tuesday, September 12, 2006 12:09 PM
**To:** Newmark, Carole
**Subject:** can we meet this afternoon?
**Importance:** High

Hi Carole,

I am sorry that we have not been able to connect due to several factors – my vacation, your vacation, your unplanned absence, etc. I can meet with you to discuss next steps today anytime from 3-4:30 in my office if you are available. Please let me know.

Thanks,
Pat

*Pat Orsaia, Director of Human Resources*
*Lawrence Hospital Center*
*Phone 914-787-3078*
*Fax 914-787-3069*

-----Original Message-----
**From:** Newmark, Carole
**Sent:** Tuesday, September 12, 2006 11:45 AM
**To:** Orsaia, Patricia
**Subject:**

Hi Pat,

This is a follow up to our meeting of approximately two weeks ago. Please let me know what the status is of the proposed meeting with Cathy Magone where we were going to discuss several issues including, and most importantly, the issue of possible ageism. This is troublesome and needs to be addressed in a timely manner. Thank you for your anticipated response.

**Carole Newmark, LCSW**