**EXHIBIT 44**

# NICOLE A. SERRA, LCSW

95 Beekman Ave, 213F, Sleepy Hollow, NY 10591 (H) : (914) 332-1929, (C) : (914) 844-1524

## EDUCATION

**2002**   Fordham University Graduate School of Social Work, Tarrytown, NY
* Master of Social Work: Specialization in children and families

**2001**   Marymount College, Tarrytown, NY
* Bachelor of Social Work

**1999**   Westchester Community College, Valhalla, NY
* Associates in Applied Science: Human Services

## WORK EXPERIENCE

**8/2002 - Present**   Phelps Memorial Hospital Center, Sleepy Hollow, NY: Counseling Services
* **Clinical Coordinator**: Mental Health Outpatient Clinic: Promoted to this administrative position in 9/2004. Responsibilities Include: Review of recently admitted cases for appropriate level of care and proper documentation, Utilization Review Committee, review and certification of discharge summaries/plans, attend clinic and satellite clinic staff meetings, documentation of meeting minutes, collaborate and schedule educational in-service programs with Pharmaceutical Representatives, assist Program Director with coordination and supervision of clinic staff, perform other work related requirements as requested by program director, continue previous duties as a psychotherapist with approximate case load of 30 - 40.
* **Psychotherapist**: Mental Health Outpatient Clinic: Provide intake assessment to determine level of appropriateness, provide treatment and discharge planning, provide psychotherapy to individuals, families and groups with issues such as personality disorders, behavioral disturbances, anxiety and depression, provide appropriate crisis intervention and case management services as needed, Utilization Review, coordinate continued care/discharge planning with Psychiatric unit Social Workers for clinic clients hospitalized on the psychiatric unit, attend weekly clinical staff meetings, weekly supervision from Program Director (LCSW-R), attend applicable educational conferences, approximate case load of 50 - 70.

**1997-2002**   JCCA Westchester, Pleasantville Cottage School, Pleasantville, NY
*Milieu Counselor: Supervision of 14 adolescent males in a residential treatment center providing an active structural behavioral program. Maintenance of daily living logs, supervision of cottage milieu meetings and attendance at treatment conferences and briefings to evaluate the overall functioning and needs of residents within the cottage milieu.

**5/2000 – 9/2000**   YWCA of White Plains, White Plains, NY

N-148

\* Supervisor of Parental Visitation: Supervision of non-custodial parent or relative during child visitation to ensure comfort and safety of the child. Assessment and documentation of all sessions.

RELATED EXPERIENCE

9/2001-8/2002  Phelps Memorial Echo Hills Community Counseling Center, Hastings, NY
\*Social Work Intern: Provided clinical counseling and treatment planning for children, adolescents and adults in individual and family therapy. Case documentation in New York State OMH format. Weekly supervision from a senior Social Worker and Psychiatrist.

9/2000 – 5/2001  JCCA Westchester, Pleasantville Cottage School, Pleasantville, NY
\* Social Work Intern: Conducted home visits, ran independent living skills groups, and worked with emergency placements. Recorded progress notes throughout for evaluation by supervisor and field liaison. Development of generalist practice skills while working with a treatment team and clients. Attendance of treatment conferences, service plan reviews, briefings and social work seminars provided by the agency.

1/2000 – 5/2000  YWCA of White Plains, White Plains, NY
\* Intern supervisor of Parental Visitation: see above duties.

AWARDS/CERTIFICATIONS

12/19/05  Licensed Clinical Social Worker

8/2005  Recertification of Child Abuse Identification and Reporting

10/20/03  Certified Social Worker

2001  Received Scholarship through Children First: Fordham University

2001  Inducted into the National Honors Society (PHI ALPHA): Marymount College

2001  All Programs College Award: Marymount College

2001  President of the Social Work Club: Marymount College

2001  Sexual Abuse Training Certificate: Fordham University, Children First Scholarship Program

2000  Certificate: Recognition of outstanding Academic Achievement: Marymount College

References Upon Request

Nicole A. Serra



# LAWRENCE HOSPITAL CENTER
## Lawrence Community Health Services
### *Employment Application*

We consider applicants for all positions without regard to race, color, religion, sex, national origin, age, marital or veteran status, the presence of a non-related medical condition or disability.

Name: **Serra** (Last) **Nicole** (First) **A** (Middle)

Address: **95 Beekman Ave, #213A**
**Sleepy Hollow** (City) **NY** (State) **10591** (Zip Code)

Social Security: _____   Telephone: **914 332-1929**

Have you ever worked at Lawrence Hospital Center? Yes ☐  No ☑   If Yes, From: _____ To: _____
If under a different name please state _____
Do you have any relatives working at Lawrence Hospital Center? Yes ☐  No ☑
If yes, please identify Name(s), Position: _____

POSITION DESIRED: **Medical Social Work**
Salary Desired: **60-65,000**    Date Available to start work: **End of Apr. '00**
Schedule Desired (check all that apply) ☑ Full-time ☐ Part-time ☐ Evenings ☐ Weekends ☐ Days ☐ Nights ☐ Per Diem
Please indicate below the days and times you are available to work.

**M-F 9-5 (flexible if position requires**

### Military Service

Have you ever served in the military? Yes ☐  No ☑   From: _____ To: _____
If yes, which branch? _____
Final Rank Held? _____
What type of discharge:   Honorable ☐   Dishonorable ☐   If dishonorable, please explain: _____

A dishonorable discharge is not an absolute bar to employment and other factors will affect the final decision.

### Additional Information:

Are you under 18 years of age?   Yes ☐  No ☑   If yes, please state age _____

Have you ever been convicted of a crime?   Yes ☐  No ☑

* If yes, nature of crime and disposition: _____

* Note: Information regarding conviction record will not necessarily bar an applicant from employment, but will be reviewed in light of all surrounding circumstances, including age at time of offense, seriousness, and nature of violation, rehabilitation, relationship of offense to employment and federal statutory requirements.

| Education & Training Name | Years of study | | Field(s) of study /major(s) | Graduate | | Degree, Certificate, License, etc. |
|---|---|---|---|---|---|---|
| | | | | Yes | No | |
| High School Yorktown High | 1990 | 1994 | — | V | | H.S. Diploma |
| College ★ WCC School | 1994 | [crossed out] | Human Services | V | | Assoc. in applied sciences - Human Services |
| Marymount Coll | 1999 | 2001 | Social Work | V | | BSW |
| Grad School ★ Fordham University | 2001 | 2002 | Social Work | V | | MSW |
| Other CSW | 2003 | | | | | license |
| In progress | | | | Expected | | |

## Employment History

Please indicate all periods of full and part-time employment for the last ten years, starting with your current or most recent position. If you require additional space, please ask for additional paper.

**CURRENT EMPLOYER** ★
- Company Name: Phelps Memorial Hospital Center
- Company Street Address: 701 North Broadway, Sleepy Hollow, NY 10591
- Telephone: 366-3013
- City: Sleepy Hollow
- State: NY
- Zip Code: 10591
- Job Title: Clinical Coordinator
- Manager/Supervisor's Name: Janet Stone
- Dates of Employment: From 8/2002 To present
- Last Base Salary: $49,000 Per
- Describe Your Duties: Clinical coordination of cases, administrative duties, chart/documentation review, provide therapy, case load of 30-40.
- Reason For Leaving: Looking for a new challenging experience
- My Current And Prior Employer(s) May Be Contacted For References: Yes ☑ No ☐

**NEXT PREVIOUS EMPLOYMENT** ★
- Company Name: JCCA Westchester
- Company Street Address: 1075 N. Broadway
- City: Pleasantville
- State: NY
- Zip Code: 10570
- Job Title: Milieu Counselor
- Manager/Supervisor's Name: Allison Mahoney
- Last Base Salary: 32,000
- Describe Your Duties: Supervision of 14 adolescent males in residential tx center.
- Reason For Leaving: Graduated from Masters program

**NEXT PREVIOUS EMPLOYMENT**
- Company Name: White Plains YWCA Westchester
- City: White Plains
- State: NY
- Dates of Employment: From 5/2000 To 9/2000
- Last Base Salary: $
- Describe Your Duties: Supervision of parental visitation
- Reason For Leaving: Attending college

Please Account For All Periods Of Unemployment During The Last Ten Years (Give Dates And Reasons)

I have been employed During The last 10yrs.

Briefly state why you would be an asset to Lawrence Hospital Center:

I enjoy working in the S.W field. I feel that my experience could be useful in assisting patients with their continued need for services. I believe that I am an enthusiastic person who is looking for new challenges and experiences.

Referral Source: How did you hear about our position?
☐ Walk-In Applicant
☐ Job Posting Hotline Number
☐ Community Organization. If so, which organization? _____
☐ Employment Agency, If so, which agency _____
☐ School/College? Name? _____
☐ Other? _____
☒ Employee Referral? Name? Carole Newmark, LCSW-R
☐ Newspaper Ad
　☐ New York Times
　☐ Journal News
　☐ Daily News
☐ Internet
　☐ Careerbuilders
　☐ Monster
☐ LHC Website

## APPLICANT'S STATEMENT

If I am employed, I agree to abide by the policies of Lawrence Hospital Center. I understand that my employment is at-will. This means that I do not have a contract for employment for any particular duration or limiting the grounds for my termination in any way. I am free to resign at any time. Similarly, Lawrence Hospital Center is free to terminate my employment at any time for any reason. I understand that Human Resources Policies, Programs and Procedures exist and may be changed from time to time. All of the information I have supplied in this application is a true and complete statement of the facts, and if employed, any false statement could result in immediate dismissal.

Signature: _____　　　Date: 3/14/06

LAWRENCE HOSPITAL CENTER'S HUMAN RESOURCES DEPARTMENT WILL REVIEW ALL APPLICATIONS AND RESUMES RECEIVED. WE WILL FORWARD ALL APPLICANTS WHO MEET THE MINIMUM REQUIREMENTS OF THE POSITION TO THE APPROPRIATE HIRING MANAGER FOR REVIEW. THE HIRING MANAGER WILL INFORM HR WHOM THEY WOULD LIKE TO INTERVIEW FOR THE POSITION.

HUMAN RESOURCES IS NOT ABLE TO RESPOND TO APPLICANTS WHO ARE NOT INVITED TO INTERVIEW.

PLEASE NOTE:

U.S. LAW REQUIRES THAT, IF HIRED, YOU MUST FURNISH APPROPRIATE DOCUMENTATION ESTABLISHING IDENTITY AND EMPLOYMENT ELIGIBILITY, WITHIN 72 HOURS OF STARTING WORK.

ACCEPTABLE DOCUMENTS INCLUDE BUT ARE NOT LIMITED TO

➢ A U.S. PASSPORT, CERTIFICATE OF U.S. CITIZENSHIP, CERTIFICATE OF NATURALIZATION OR INS FORM 688 OR 688A.

➢ A SOCIAL SECURITY CARD OR BIRTH CERTIFICATE ISSUED BY A GOVERNMENT AUTHORITY AND A DRIVER'S LICENSE, SCHOOL I.D. WITH PHOTO OR OTHER GOVERNMENT ISSUED DOCUMENTATION ESTABLISHING IDENTITY.

CERTAIN OTHER DOCUMENTS ARE EQUALLY ACCEPTABLE. PLEASE CONSULT A MEMBER OF HUMAN RESOURCES AND ASK THEM FOR A COPY OF INS FORM I-9 FOR A COMPLETE LISTING.