# EXHIBIT 45

LAWRENCE HOSPITAL CENTER

PROFIT AND LOSS STATEMENT

PROJECTION

| | 6 Months Projection | | 6 Months Ending | 2005 VS 2006 | |
|---|---|---|---|---|---|
| | 2006 Actual | 2006 Budget | June 30, 2005 | $$ | % |
| **PATIENT SERVICE REVENUE** | | | | | |
| INPATIENT - MEDICARE | $ 15,291,665 | $ 16,313,927 | $ 16,439,914 | $ (1,148,249) | -7.0% |
| - OTHER | 21,740,893 | 20,769,161 | 20,431,385 | 1,309,508 | 6.4% |
| OUTPATIENT | 26,253,452 | 29,360,499 | 26,574,725 | (321,273) | -1.2% |
| TOTAL PATIENT SERVICE REVENUE | 63,286,010 | 66,443,587 | 63,446,024 | (160,014) | -0.25% |
| **OTHER OPERATING REVENUE** | | | | | |
| OTHER REVENUE | 913,714 | 815,666 | 842,288 | 71,426 | 8.5% |
| ASSETS RELEASED-(OPERATIONS) | 270,412 | 267,978 | 265,171 | 5,241 | 2.0% |
| TOTAL OTHER OPERATING REVENUE | 1,184,125 | 1,083,644 | 1,107,459 | 76,666 | 6.9% |
| TOTAL OPERATING REVENUE | 64,470,136 | 67,527,231 | 64,553,483 | (83,347) | -0.1% |
| **OPERATING EXPENSES** | | | | | |
| SALARIES & NURSE AGENCY FEES | 30,076,162 | 29,938,304 | 28,476,754 | (1,599,408) | -5.6% |
| SUPPLIES | 8,614,001 | 9,056,876 | 8,697,624 | 83,623 | 1.0% |
| OTHER NON-SALARY EXPENSE | 11,388,547 | 11,296,897 | 9,932,041 | (1,456,506) | -14.7% |
| INSURANCE | 2,850,721 | 2,913,468 | 3,111,146 | 260,425 | 8.4% |
| EMPLOYEE BENEFITS | 8,216,340 | 8,265,349 | 7,944,222 | (272,118) | -3.4% |
| DEPRECIATION | 3,155,503 | 3,155,502 | 2,797,893 | (357,610) | -12.8% |
| INTEREST | 477,140 | 476,614 | 490,914 | 13,774 | 2.8% |
| PROVISION FOR BAD DEBT | 2,316,457 | 2,325,526 | 1,872,650 | (443,807) | -23.7% |
| TOTAL OPERATING EXPENSES | 67,094,872 | 67,428,536 | 63,323,244 | (3,771,628) | -6.0% |
| CURRENT OPERATING INCOME (LOSS) | (2,624,736) | 98,695 | 1,230,239 | (3,854,975) | -313.4% |
| NON-OPERATING REVENUE | 1,278,379 | 800,488 | 720,273 | 558,106 | 77.5% |
| NET INCOME FOR THE PERIOD | (1,346,357) | 899,183 | 1,950,512 | (3,296,869) | -169.0% |
| MEDICARE CASE MIX | 1.23 | 1.23 | 1.28 | (0.05) | -3.9% |
| MEDICARE DISCHARGES | 1,999 | 2,067 | 2,026 | (27) | -1.3% |
| NON-MEDICARE DISCHARGES | 4,302 | 4,417 | 4,462 | (160) | -3.6% |
| TOTAL DISCHARGES | 6,301 | 6,484 | 6,488 | (187) | -2.9% |
| ADJUSTED DISCHARGES | 10,768 | 11,618 | 11,164 | (396) | -3.5% |
| MEDICARE PATIENT DAYS | 13,027 | 12,399 | 13,519 | (492) | -3.6% |
| NON-MEDICARE PATIENT DAYS | 16,520 | 15,927 | 17,111 | (591) | -3.5% |
| TOTAL PATIENT DAYS | 29,548 | 28,326 | 30,630 | (1,082) | -3.5% |
| ASU VISITS | 3,211 | 3,486 | 3,315 | (104) | -3.1% |
| E/R VISITS | 17,129 | 16,858 | 16,608 | 521 | 3.1% |
| AVERAGE LENGTH OF STAY-MEDICARE | 6.5 | 6.0 | 6.7 | 0.2 | 2.3% |
| AVERAGE LENGTH OF STAY-NON-MEDICARE | 3.8 | 3.6 | 3.8 | (0.0) | -0.1% |